AO 240 (Rev. 9/96)

# UNITED STATES DISTRICT COURT

District of _____

ATTACHMENT 5

Constantine Lotsman

Plaintiff

**APPLICATION TO PROCEED WITHOUT PREPAYMENT OF FEES AND AFFIDAVIT**

V.

1) Deutsche Bank AG (Germany)
2) DIMA, Inc
3) Josef Ackermann, CEO

Defendant

CASE NUMBER:

I, Constantine Lotsman, declare that I am the (check appropriate box)

☒ petitioner/plaintiff/movant    ☐ other

in the above-entitled proceeding; that in support of my request to proceed without prepayment of fees or costs under 28 USC §1915 I declare that I am unable to pay the costs of these proceedings and that I am entitled to the relief sought in the complaint/petition/motion.

In support of this application, I answer the following questions under penalty of perjury:

1. Are you currently incarcerated?    ☐ Yes    ☒ No    (If "No," go to Part 2)

   If "Yes," state the place of your incarceration _____

   Are you employed at the institution? _____ Do you receive any payment from the _____

   Attach a ledger sheet from the institution(s) of your incarceration showing at least the past **six** months' transactions.

2. Are you currently employed?    ☐ Yes    ☒ No

   a. If the answer is "Yes," state the amount of your take-home salary or wages and pay period and give the name and address of your employer.

   b. If the answer is "No," state the date of your last employment, the amount of your take-home salary or wages and pay period and the name and address of your last employer. Dec. 21, 2001, $32,000 per year gross ($2000/mo take home) Deutsche Bank, 2 International Pl, Boston MA 02110

3. In the past 12 twelve months have you received any money from any of the following sources?

   a. Business, profession or other self-employment    ☐ Yes    ☒ No
   b. Rent payments, interest or dividends              ☐ Yes    ☒ No
   c. Pensions, annuities or life insurance payments    ☐ Yes    ☒ No
   d. Disability or workers compensation payments       ☒ Yes    ☐ No
   e. Gifts or inheritances                              ☐ Yes    ☒ No
   f. Any other sources                                  ☐ Yes    ☒ No

   If the answer to any of the above is "Yes," describe, on the following page, each source of money and state the amount received and what you expect you will continue to receive.

Receiving $1000/mo in disability payments from a private disability insurance company. Period: December 2001 – June 2004 Plaintiff became disabled in December 2001 as a result of actions by the Defendants

4. Do you have **any** cash or checking or savings accounts?   ☒ Yes   ☐ No

   If "Yes," state the total amount.  $600

5. Do you own any real estate, stocks, bonds, securities, other financial instruments, automobiles or any other thing of value?   ☒ Yes   ☐ No

   If "Yes," describe the property and state its value.

   Stocks worth $150 total.

6. List the persons who are dependent on you for support, state your relationship to each person and indicate how much you contribute to their support.

   None

I declare under penalty of perjury that the above information is true and correct.

April 14, 2004                          [signature]
      Date                          Signature of Applicant

**NOTICE TO PRISONER:** A Prisoner seeking to proceed IFP shall submit an affidavit stating all assets. In addition, a prisoner must attach a statement certified by the appropriate institutional officer showing all receipts, expenditures, and balances during the last six months in your institutional accounts. If you have multiple accounts, perhaps because you have been in multiple institutions, attach one certified statement of each account.

Explanation Of Benefits

**CIGNA**

SUITE 1000
12225 GREENVILLE AVE
DALLAS                75243
LIFE INSURANCE CO OF NORTH AMERICA

LAYLA A BROWN
800-352-0611   EXT 5623
Please direct any questions to the above analyst.
Be sure to provide your account and ID numbers
in all letters and telephone calls.

Certholder:   KONSTANTIN   LOTSMAN
Claimant:     KONSTANTIN   LOTSMAN
ID#:                      Special ID#:
Account Name:  SCUDDER KEMPER
               INVESTMENTS, INC.
Account#:  5049708
Policy     FLK 0030079   Div   000

KONSTANTIN   LOTSMAN
955 MASSACHUSETTS AVE
PMB 112
CAMBRIDGE            MA 02139

D063

| Benefit Type | Payment Period | Duration | Benefit Rate | Benefit Payable | Less Deduction |
|---|---|---|---|---|---|
| DISABILITY INCOME | 01/23/2004 - 02/22/2004 | 30 DAYS | 1600.00/MO | 1600.00 | .00 |

Deductions:

TOTAL PAYMENT $   1,600.00

Messages:

Payments Issued 02/13/2004
KONSTANTIN   LOTSMAN                   1,600.00

Total amount paid to date, including taxes, for this claim is $   32,000.00   for the period   06/23/2002   thru   02/22/2004

G2014A (SRO Check Overlay) 6-11-2003

Detach on Perforation Below - Please Cash Promptly

SR 06201903

---

LIFE INSURANCE CO OF NORTH AMERICA

POLICY NO.       Certholder:              Claimant                          Office   Date
FLK0030079       K   LOTSMAN       KONSTANTIN   LOTSMAN              D063   02-13-2004

**ONE THOUSAND SIX HUNDRED DOLLARS AND 00 CENTS**

Pay
to the   KONSTANTIN   LOTSMAN
Order    955 MASSACHUSETTS AVE
of       PMB 112
         CAMBRIDGE        MA 02139

PAY $   ****1,600.00
VOID AFTER 90 DAYS

FLEET NATIONAL BANK
HARTFORD            CT   06115

David M Powell

THE ORIGINAL DOCUMENT HAS A REFLECTIVE WATERMARK
ON THE BACK. HOLD AT AN ANGLE TO VIEW

⑈"020620190 3⑈"  ⑉:011900445⑉:   15616⑈"

# Cambridge Otolaryngology

Richard Hillel, MD   Robert M. Kiskaddon, MD   Lawrence J. Mambrino, MD

(617) 354-1010

## Mount Auburn Hospital Operation Schedule

**Konstantin Lotsman**

Please make note of all appointments and instructions. Failure to comply may result in the cancellation of surgery.

---

Your **Pre-Operative Appointment** with Dr. Richard Hillel is scheduled at the **Mount Auburn Hospital Doctor's Office Building Suite 308** on Wed. 3/10 @ 09:15 a.m.

---

Your **Pre-Test Appointment** and meeting with Anesthesia is scheduled at the **Mount Auburn Hospital** on Wed. 03/10 @ 10:15 a.m.

Please report to the main lobby of the Mount Auburn Hospital and register at Admitting/Registration 15 minutes prior to your appointment time. Once registered you will be sent to the Pre-Test Department for your appointment.

---

### The Day of Surgery

**Surgery** is scheduled at Mount Auburn Hospital on **Monday, March 15, 2004.**

The arrival time on the day of surgery is 6:00 a.m. and the surgery is scheduled to **begin** at 7:30 a.m.

During your Pre-Test Appointment you will be instructed where to report on the morning of your surgery.

❖ **DO NOT EAT OR DRINK ANYTHING AFTER MIDNIGHT THE EVENING PRIOR TO SURGERY.**
Failure to comply may result in the cancellation of surgery.

If you are scheduled to go home following surgery, you must arrange to have someone available to take you home. For your personal safety, you will not be allowed to drive yourself home or take a taxi home alone.

---

Your **Post-Operative appointment** at the Mount Auburn Hospital Doctor's Office Building Suite 308 is 3/17 @ 2:30 p.m.

---

### Special Instructions

Please **No Aspirin, Aspirin Containing Products or Ibuprofen** for 10 days prior to and following surgery.

Please contact your Primary Care Physician for an insurance referral, if required by your insurance, so that we may pre-certify the surgery.

Please do not hesitate to contact the office at (617) 354-1010 should you have any questions or concerns.

07/16/03