UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

CIVIL ACTION
NO: _____

| | |
|---|---|
| CONSTANTINE M. LOTSMAN<br>Plaintiff | )<br>)<br>)<br>) |
| V. | )<br>)<br>) |
| DEUTSCHE BANK AG (Germany)<br>DEUTSCHE INVESTMENT MANAGEMENT AMERICAS, INC.<br>    a/k/a Deutsche Asset Management, subsidiary of Deutsche Bank<br>JOSEF ACKERMANN<br>    CEO and Spokesman of Deutsche Bank; citizen of Switzerland<br>Defendants | )<br>)<br>)<br>)<br>)<br>) |

## Motion for Appointment of Counsel

The Honorable Court is respectfully requested to appoint a Counsel based on Plaintiff's financial status and inability to find a lawyer.

The Plaintiff receives $1,600 per month in disability payments from a private insurance company (copy of monthly check is enclosed) since December 2001. The Plaintiff

1

became disabled as a result of alleged violations by the Defendants, described in the Complaint.

The Plaintiff unsuccessfully tried to secure legal assistance of the following lawyers in Boston area: Paul Holtzman, John Coster, Kenneth Gordon, Eric Klein, and Pamela Thomure.

The Plaintiff understands that the Court is not required to appoint an attorney, but perhaps the Court has information about attorneys who indicated their willingness to accept such cases on a pro bono basis or on contingency basis.

_____

Constantine M. Lotsman

Plaintiff

Pro Se

April 14th, 2004

955 Massachusetts Avenue, PMB 112
Cambridge MA 02139
Phone/Fax: 617-507-3469
E-mail: clotsman@hotmail.com