UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS


CIVIL ACTION

NO: _____


| | |
|---|---|
| CONSTANTINE  M. LOTSMAN | ) |
| Plaintiff | ) |
| | ) |
| | ) |
| V. | ) |
| | ) |
| | ) |
| **DEUTSCHE BANK AG** (Germany) | ) |
| **DEUTSCHE INVESTMENT MANAGEMENT AMERICAS, INC.** | ) |
| *a/k/a Deutsche Asset Management, subsidiary of Deutsche Bank* | ) |
| **JOSEF ACKERMANN** | ) |
| *CEO and Spokesman of Deutsche Bank; citizen of Switzerland* | ) |
| Defendants | ) |


## COMPLAINT

## CONTACT INFORMATION:

### 1. Plaintiff
Constantine M. Lotsman
955 Massachusetts Avenue, PMB 112
Cambridge MA 02139
Phone/Fax: 617-507-3469
E-mail: clotsman@hotmail.com

### 2. Defendants:
Deutsche Bank AG (Germany)
Josef Ackermann, CEO and Spokesman of the Board
Deutsche Bank Aktiengesellshaft, Corporate Center
12 Taunslage, Frankfurt-am-Main 60262, Federal Republic of Germany
Phone: 011-49-69-910-00 ; Fax: 011-49-69-910-34227
E-mail: josef.ackermann@db.com,
www.db.com

Deutsche Bank / Deutsche Investment Management Americas
2 International Place, 14th Floor, Boston MA 02110 USA
Phone: 1-617-295-1000

Deutsche Bank / Deutsche Investment Management Americas
101 California Street, San Francisco CA 94111
Phone: 1-415-617-2800, 1-415-981-8191

Defendants' Attorney: Jerome Weinstein
Sullivan, Weinstein and McQuay
Two Park Plaza, Suite 810, Boston, MA 02116-3902
Telephone: 617-348-4300, Fax: 617-348-4343
www.swmlawyers.com
E-mail: jweinstein@resq.com

## TABLE OF CONTENTS:

### 1. INTRODUCTION
### 2. JURISDICTION
### 3. PARTIES
a) Plaintiff

b) Defendants

    Deutsche Bank and NSDAP Rule in Germany

    Deutsche Bank and the Holocaust

    Herman Josef Abs, Honorary President of Deutsche Bank AG

    Herman Abs' Friendship with Adolf Hitler's Secretary

    Herman Abs' Profits from Cyclone-B Gas for Auschwitz Gas Chambers

    Herman Abs and the Bank of Vatican.

    Former Head of Deutsche Bank USA Mr. Ribbentrop

    Joachim Ribbentrop, Hitler's Foreign Minister

    Ribbentrop Family and Fugitive Mark Rich

    Josef Ackermann, Indicted CEO of Deutsche Bank. Ackermann's Trial.

    Edmond Villani, former CEO of DIMA

    Securing a Job for Edward Villani, A Son of Edmond Villani

    Edmond Villani's Views Regarding Pedophile Priests.

    Benny Villani of Genovese Family.

    New York's Big Five Families: Gambino, Genovese, Lucchese, Colombo, Bonanno.

    Deutsche Bank and Bulger Family (FBI Fugitive James Bulger)

    The Deutsche Bank and Faisal Islamic Bank of Bahrain

    Deutsche Bank and 9/11 (Mohammed Atta's Bank Accounts)

    Deutsche Bank's Position on Body Parts at Ground Zero

    Deutsche Bank and Iran's Nuclear Program.

    Deutsche Bank and Enron Fraud.

    False Claims by Deutsche Bank

    Mismanagement of Other People's Money by Deutsche Bank

    Deutsche Bank and International Money Laundering.

    Illegal Gratuities by Deutsche Bank

    Deutsche Bank and Discrimination of American Citizens in Germany

    Sexual Harassment and Gender Discrimination at Deutsche Bank

    Gambling Culture at Deutsche Bank

    Human Resources Policies of DB. Favoritism, Nepotism, and Cronyism.

    Disciplinary Process at Deutsche Bank

    Deutsche Bank Legal Compliance Officer

    Deutsche Bank's Human Resorces Officer Seth Weinstein

    Securing a Job for Seth Weinstein: Equal Protection v. Father's Connection

    Deutsche Bank's HR Officer Seth Weinstein in Moscow's Night Life

    Deutsche Bank in Russian Federation

    Deutsche Bank and South African Apartheid

    Deutsche Bank in Italy. Agnelli Family.

    German Immigrant Mr. Stevens, Co-Founder of Scudder, Stevens and Clark

    German Immigrant Mr. Kemper, Alcoholism Problems of John Kemper.

Alliance of Deutsche Bank and Zurich Financial Services (ZFS)
Anti-American Sentiments of Deutsche Bank and ZFS
Deutsche Bank: A Passion to Abuse
Management of Deutsche Bank AG: Organized Crime of Global Reach

**4. FACTS**

DOJ Summons for October 4th, 2000 pursuant to Title 8 of U.S.C.
Events of October 4th, 2000: Central Events of the Complaint
Three Major Events of October 4th, 2000:

1) INS Interview of October 4th, 2000
2) Initiation of Persecution of the Plaintiff
3) Initiation of Persecution of Plaintiff's Wife

Statistical Probability of Three Independent Events Occurring on the Same Day
DOJ Demand of October 4th, 2000 pursuant to Title 8 of U.S.C. (Form I-72)
Pretexts Masking Persecution and Discrimination
Statues of Limitation: Events of 2002 and 2004.

**5. DAMAGES**

Diagnosis by MGH
Medical Records before and after October 4th, 2000
Determination of Disability by a Private Insurance Company
Definition of Disability by the Defendants
Two Determinations of Disability by the Defendants
Federal Government's Definition of Disability

**6. FEDERAL STATUES**

**Count 1.** 18 U.S.C. Part I, Chapter 13, Section 242 (Deprivation of Rights) and
42 U.S.C. Chapter 21, Subchapter I, Sec. 1983 (Civil Action for Deprivation)
**Count 2.** 18 U.S.C. Part I, Chapter 13, Section 241 (Conspiracy Against Rights)
**Count 3.** 18 U.S.C. Part I, Chapter 47, Section 1027 (Concealment of Facts)
**Count 4.** 18 U.S.C. Part I, Chapter 77, Sections 1589 and
**Count 5.** 18 U.S.C. Part I, Chapter 50A, Section 1091, Subsections (a) (3), (a) (5)

**7. CONCLUSION AND DEMAND**

**8. EXHIBITS (DVD Format)** (will be submitted later)

Opening Statements. DVD. 60 min.
Defendants' background. DVD. 90 min.
Title 8 of the United States Code. DVD. 30 min
Statistical Probability of Events. DVD. 30 min.
Medical Information. DVD 30 min.
Closing Statements. DVD. 90 min

**10. CONTACT INFORMATION**

## I. INTRODUCTION

1. The Defendants willfully and knowingly engaged in persecution of the Plaintiff making the Plaintiff disabled by causing him permanent impairment in violation of Plaintiff's (and Plaintiff wife's) Constitutional Rights under 14th Amendment and in violation of 18 U.S.C. Part I, Chapter 13, Section 242 (Deprivation of Rights) and 18 U.S.C. Part I, Chapter 13, Section 241 (Conspiracy Against Rights).

2. The Defendants also violated the following federal statues: 18 U.S.C. Part I, Chapter 47, Section 1027 (Concealment of Facts), 18 U.S.C. Part I, Chapter 77, Sections 1589 and 18 U.S.C. Part I, Chapter 50A, Section 1091, Subsections (a) (3).

3. The Plaintiff is a former shareholder, employee, and customer of Deutsche Bank AG and its subsidiary Deutsche Investment Management Americas, Inc. (Boston Office)

4. The Plaintiff demands trial by Jury pursuant to Amendment VI of the US Constitution and pursuant to 42 U.S.C. Chapter 21, Subchapter I, Sec. 1983 (Civil Action for Deprivation of Rights)

## II. JURISDICTION

5. The Court has Jurisdiction over this matter pursuant to 28 USC 1331, where jurisdiction arises under the US Constitution, an amendment to the Constitution, an act of US Congress or a treaty of the United States.

6. The jurisdiction also arises from 28 USC 1332, where parties are citizens of different states.

7. The Plaintiff is a resident of the Commonwealth of Massachusetts. The Deutsche Bank AG is incorporated under the laws of the Federal Republic of Germany. Josef Ackermann is a citizen of Switzerland, resident in Frankfurt-am-Maine, Germany. The Deutsche Investment Management Americas, Inc. is a wholly owned subsidiary of Deutsche Bank AG.

8. The shares of Deutsche Bank are listed on Frankfurt Stock Exchange and on New York Stock Exchange (NYSE Symbol: DB). Deutsche Bank's US offices are located in San Francisco, Boston, New York, LA and other cities.

## III. PARTIES:

## PLAINTIFF

9. The Plaintiff Constantine M. Lotsman is a resident of Boston, Mass, Suffolk County. Plaintiff's mailing address is as follows: 955 Massachusetts Ave., PMB 112, Cambridge MA 02139; Phone/Fax: 617-507-3469, E-mail: clotsman@hotmail.com.

10. The Plaintiff is a United States Lawful Conditional Permanent Resident (U.S.L.C.P.R.). U.S.L.C.P.R. is a protected category under the law. Spouse of U.S.L.C.P.R is a protected category under the law. An applicant for U.S.L.C.P.R. status is a protected category under the law. Spouse of an applicant for the U.S.L.C.P.R. status is a protected category under the law.

3

11. The Plaintiff's wife Teresa Saurer is a former shareholder, employee, and customer of Deutsche Bank and DIMA. Teresa Saurer is a United States citizen, born and raised on Hawaii in a family of US Army Pilot Harold Dean Saurer, stationed at Pearl Harbor Naval Air Station on the island of Oahu (Hawaii). In 1960s Teresa's father Harold Dean Saurer served in Vietnam War as a Military Pilot. Teresa holds Master of Business Administration degree from Boston College. Teresa spent first 20 years of her life living on Military Base on Hawaii with her parents before moving to Boston in 1994 to pursue her studies. Two of Teresa's family members (Ben and Mary) are currently serving their military duty in the Persian Gulf on USS Abraham Lincoln.

## PARTIES

## DEFENDANTS

12. Deutsche Bank Aktiengesselshaft is a publicly traded company, incorporated under the laws of the Federal Republic of Germany. The company's headquarter is located in Frankfurt-am-Main, Germany. Mailing Address: Deutsche Bank Aktiengesellshaft, Corporate Center 12 Taunslage, Frankfurt-am-Main 60262, Federal Republic of Germany Phone: 011-49-69-910-00; Fax: 011-49-69-910-34227 http://www.db.com

13. Boston Office of Deutsche Bank AG is located at the following address: Deutsche Bank AG, 2 International Place, 14th Floor, Boston MA 02110 Phones: 617-295-1000, 617-295-4029. (Boston Office of Deutsche Bank employs less than 1% of Deutsche Bank workforce).

4

14. Deutsche Investment Management Americas, Inc. (Also known as Deutsche Asset Management) is a wholly owned subsidiary of Deutsche Bank with Boston office located at the same address: Deutsche Investment Management Americas, Inc., Two International Place, 14th Floor, Boston MA 02110. Phones: 617-295-1000, 617-295-4029.

15. Josef Ackermann is a Chief Executive Officer and Spokesman of Deutsche Bank AG, He's a resident of Frankfurt-am-Main (Germany), and is a citizen of Switzerland. His contact information is as following: Josef Ackermann, CEO and Spokesman of the Board Deutsche Bank Aktiengesellshaft, Corporate Center, 12 Taunslage, Frankfurt-am-Main 60262, Federal Republic of Germany, Phone: 011-49-69-910-00 ; Fax: 011-49-69-910-34227, E-mail: josef.ackermann@db.com.

16. Josef Ackermann is a graduate of Saint Galen University. He's been a member of *Vorstand* (Management Board) since 1996. In 1996 he was ousted from Credit Swiss company. He's currently facing criminal charges from German prosecutors in 2 different cases. If convicted he will face up to 10 years in jail.

17. The Deutsche Bank is listed on Frankfurt Stock Exchange and on New York Stock Exchange (NYSE Symbol: DB). Deutsche Bank market capitalization is about $50,000,000,000 ($50bln)

18. The company has offices in several financial centers, including offices in Hamburg (Germany), Berlin (Germany), Zurich (Switzerland), Teheran (Iran), Manama (Bahrain),

5

Abu Dhabi (United Arab Emirates), Bogotá (Colombia), George Town (Cayman Islands), Hanoi (Vietnam), Beijing (China), etc.

19. San Francisco offices of Deutsche Bank are located at 101 California Street, San Francisco, CA 94111; Phones: 415-617-2800, 415-981-8191.

20. Deutsche Bank executives perceive American CitiGroup as its number one competitor.

21. Chief Administrative Officer (CAO) of Deutsche Bank is responsible for the Human Resources policies and for Legal Compliance. He reports directly to CEO.

22. Deutsche Bank was founded in Berlin in 1870 by Adelbert Delbrück. Expansion continued throughout Germany until the Second World War. Becoming the Third Reich's bank, financing the Nazi war machine, and trading abroad in gold that had been stolen from Holocaust victims meant that after the war DB was on the verge of ruin. The allies split the bank up into ten banks and trading under the name of Deutsche Bank was forbidden.

23. The bank was reassembled in 1957. During the 1970s Deutsche Bank began to take shape as a global group. In 1976 it opened its London branch, with others following this year and the next in Paris and Tokyo. In 1990, DB was able to start operating in the

6

former East Germany. A major milestone was the 1989 acquisition of London's Morgan

Grenfell group, followed ten years later by the purchase of the US-based Bankers Trust.


24. Deutsche Bank and NSDAP Rule in Germany *(Will be submitted later)*

25. Deutsche Bank and the Holocaust *(Will be submitted later)*

26. Herman Josef Abs, Honorary President of Deutsche Bank *(Will be submitted later)*

27. Herman Abs' Friendship with Adolf Hitler's Secretary *(Will be submitted later)*

28. Herman Abs' Profits from Cyclone-B Gas for Auschwitz Gas Chambers *(Will be submitted later)*

29. Herman Abs and the Bank of Vatican *(Will be submitted later)*

30. Former Head of Deutsche Bank USA Mr. Ribbentrop *(Will be submitted later)*

31. Ribbentrop Family and Fugitive Mark Rich *(Will be submitted later)*

## Josef Ackermann:

## Indicted CEO and Spokesman of Deutsche Bank

32. Two Quotes from the Press may describe indictments of Josef Ackermann:

33.    "German bank boss faces fraud probe.

Deutsche Bank chairman Josef Ackermann is facing a second investigation for

fraud and breach of trust. A prosecutor in the German city of Duesseldorf has

confirmed that he is looking into allegations against Dr Ackermann and Rolf

Breuer, head of the bank's supervisory board, in connection with its sale of life

insurer Deutsche Herold to Zurich Financial Services.


7

34.  Dr Ackermann already faces trial for breach of trust in connection with huge
     bonus payments made to executives at wireless firm Mannesmann on the
     completion of its sale to UK mobile phone giant Vodafone in 2000, when Dr
     Ackermann was a member of Mannesmann's supervisory board. Prosecutor
     Bernhard Englisch stressed that the latest inquiry was "at a very early…"

35.  "Mannesmann Trial

     Deutsche Bank CEO Josef Ackermann, currently facing "breach of trust" charges
     for approving controversial bonuses to Mannesmann directors, told a Düsseldorf
     court on Thursday that he had nothing to hide.

36.  Josef Ackermann, one of Germany's top bankers, smiled at TV crews and
     reporters as he entered the regional criminal court in Düsseldorf on Thursday and
     appeared nonplussed under the prosecution's magnifying glass.

37.  "I don't know where there is supposed to be a legal problem," he said during his
     40 minutes of testimony. The legal problem, according to the prosecution, is that
     Ackermann wasted shareholders' money when he awarded multi-million euro
     bonuses to five former Mannesmann executives – also on trial -- following the
     sale in 2000 of the German mobile phone company to the British giant,
     Vodafone. All six defendants face fines or prison sentences of up to 10 years if
     found guilty…"

38. Edmond Villani, former CEO of DIMA *(Will be submitted later)*

39. Securing a Job for Edward Villani, A Son of Edmond Villani *(Will be submitted later)*

40. Edmond Villani's Views Regarding Pedophile Priests *(Will be submitted later)*

8

41. Benny Villani of Genovese Family *(Will be submitted later)*

42. New York's Big Five Families: Gambino, Genovese, Lucchese, Colombo, Bonanno*(Will be submitted later)*

43. Deutsche Bank and Bulger Family (FBI Fugitive James Bulger) *(Will be submitted later)*

44. The Deutsche Bank and Faisal Islamic Bank of Bahrain *(Will be submitted later)*

45. Deutsche Bank and 9/11 (Mohammed Atta's Bank Accounts) *(Will be submitted later)*

46. Deutsche Bank's Position on Body Parts at Ground Zero *(Will be submitted later)*

47. Deutsche Bank and Iran's Nuclear Program *(Will be submitted later)*

48. Deutsche Bank and Enron Fraud *(Will be submitted later)*

49. False Claims by Deutsche Bank *(Will be submitted later)*

50. Mismanagement of Other People's Money by Deutsche Bank *(Will be submitted later)*

51. Deutsche Bank and International Money Laundering *(Will be submitted later)*

52. Illegal Gratuities by Deutsche Bank *(Will be submitted later)*

## Official Human Resources Policies of Deutsche Bank:

53. Deutsche Bank's official Human Resources policy states the following:

54.    "Treating people equally does not necessarily mean you are treating them fairly."

Copyright 1997-2002 Deutsche Bank

55.    "What should you do when you run into resistance to workplace diversity? – Understand that the resistance indicates we are addressing a core value or system that is important." Copyright 1997-2002 Deutsche Bank

56. Although foreign companies are not required by their domestic laws to apply Jeffersonian principles to their worldwide operations, they are expected to follow US laws on US soil. At least they are expected to compare their HR policies to the statements like this:

57.    "We hold these truths to be self-evident, that all men are created equal, that they are endowed by their Creator with certain unalienable Rights, that among these are Life, Liberty and the pursuit of Happiness: that to secure these rights, governments are instituted among men, deriving their just powers from the consent of the governed." The Declaration of Independence of the Thirteen Colonies, In CONGRESS, July 4, 1776

58.    "No state shall make or enforce any law which shall abridge the privileges or immunities of citizens of the United States; nor shall any state deprive any person of life, liberty, or property, without due process of law; nor deny to any person within its jurisdiction the equal protection of the laws." US Constitution. Amendment XIV

59. Deutsche Bank and Discrimination of American Citizens in Germany *(Will be submitted later)*

60. Sexual Harassment and Gender Discrimination at Deutsche Bank *(Will be submitted later)*

61. Gambling Culture at Deutsche Bank *(Will be submitted later)*

10

62. Human Resources Policies of DB. Favoritism, Nepotism, and Cronyism *(Will be submitted later)*

63. Disciplinary Process at Deutsche Bank *(Will be submitted later)*

## Conduct of Deutsche Bank Legal Compliance Officer

64. Boston Herald; Boston, MA. Oct 24, 2000 reports the following:

65.    "Trio eyed in Route 2 bowling ball toss. By EDWIN MOLINA.

66.    Police tracked three men suspected of tossing bowling balls into traffic on busy Route 2 last January - injuring a woman and narrowly missing a baby - by tracing the balls to a Waltham bowling alley where the men play in a league.

67.    David Assarian, 27, of Arlington, Richard Assarian, 29, of Reading and Robert DeSimone, 26, of Medford [of Legal Compliance department of DIMA] were arraigned yesterday in Cambridge District Court. Each was charged with two counts of assault and battery with a deadly weapon, two counts of malicious destruction to personal property and larceny less than $250.

68.    "It's only luck that these guys are not here on manslaughter charges," said state police Sgt. David C. Benoit, the investigating officer who did the detective work that led to the Wal-Lex Alley and the three arrests.

69.    One ball narrowly missed hitting Anne-Louise Taylor, 53, of Dedham in the head while another almost hit a 6-month-old baby in a different car in the attack Jan. 19 in Belmont.

70.    "I don't know if these people realize how close they came to killing me," said Taylor who had to have shattered glass removed from her eyes. "It (the bowling

11

ball) went right through the center of my windshield and passed my temple by inches."

71.    The trio had thrown balls onto Route 2 traffic at least three times. "I have collected seven bowling balls from the incidents dating to these three on various occasions," said Benoit.

72.    Benoit said he originally suspected teens were responsible for the malicious act. "I was very surprised to their age, close family ties and their clean records," said Benoit. "It's a very stupid thing for men their age to have committed."

   *Copyright 2000 Boston Herald.*

## Deutsche Bank's Human Resources Officer Seth Weinstein

73. The HR Officer Seth Weinstein describes himself at his website: sethweinstein.com

74.    ,,About Me, in General

75.    My parents, Joan and Jerome, are a professor of mathematics and computer science at Pine Manor College and Harvard's Extension School and a lawyer specializing in labor and employment law at Sullivan, Weinstein & McQuay, respectively...

76.    Since I couldn't move to New York City and instantly earn a living as a music director, I took advantage of my father's connection with Scudder, Stevens & Clark, an investment-management firm, and started a temp job there. That job evolved into a real job consisting of Web design and human-resources communications that provided steady income for five years. After merging with Zurich Kemper Investments, the company changed its name to Scudder Kemper Investments; then it became Zurich Scudder Investments; and when Deutsche

Bank took it over and had no use for an extra human-resources department, I was let go.

77. But my little stint with Zurich Scudder Kemper Deutsche Clark Whatever-It-Is-This-Week enabled me to move from that tiny apartment to a medium-sized one-bedroom on West 50th Street, one with a great view of the Empire State Building, the Hudson River, and, formerly, the Twin Towers. I'm not unhappy to be out of the corporate world: It leaves me more time to pursue musical-direction opportunities, write new shows, and plan my next few trips...

78. About Me, the Traveler

79. Since 1997, I've taken one four- to six-week trip each year. In choosing destinations, I pick a few places in a broad region that sound enticing, and then I figure out how to get between them...

80. I also wanted to check out a place next door, a club called the Hungry Duck. My motive for going there was inspired by the colorful review the place got in the Time Out guide to Moscow - a review that mentioned, among other things, the people dancing on the bar and the tables; the fact that at least two patrons, whether by choice or under the influence, are likely to shack up each night; the pool of indistinguishable fluids that must be cleaned up after the place closes; and the periodic ladies' nights, on which women are served for free and admitted earlier than men, to give them a head start on the intoxication process. I didn't want to be there when it was at its rowdiest, but as a man who loves extremes, I had to - at least - go inside"

81. The Hungry Duck is an infamous brothel in downtown Moscow located next to ex-KGB headquarters.

82. Disciplinary Process at Deutsche Bank (Will be submitted later)

83. (Termination of Employment Procedure) (Will be submitted later)

84. Hiring Practices of Deutsche Bank and DIMA (Will be submitted later)

85. Deutsche Bank in Russian Federation (Will be submitted later)

86. Deutsche Bank and South African Apartheid (Will be submitted later)

87. Deutsche Bank in Italy. Agnelli Family. (Will be submitted later)

88. German Immigrant Mr. Stevens, Co-Founder of Scudder, Stevens and Clark (Will be submitted later)

89. German Immigrant Mr. Kemper, Alcoholism Problems of John Kemper. (Will be submitted later)

### Alliance of Deutsche Bank and Zurich Financial Services (ZFS)

90. Zurich Financial Services (ZFS) is a publicly traded company incorporated under the laws of Confederation of Switzerland. ZFS headquarters is located in Zurich.

91. ZFS is listed on Zurich Stock Exchange (Symbol: **ZFSVY**).

92. Deutsche Bank and Zurich Financial Services operate in so-called Strategic Alliance (similar to the alliance of KLM and Northwest Airlines as an example).

93. ZFS used to own part of Deutsche Asset Management before selling its stake to Deutsche Bank.

94. ZFS operates in several cities including offices in Zurich, Frankfurt (Germany), Hamilton (Bermuda)

14

95. ZFS perceives the following American companies as its competitors: Prudential Financial, MetLife, John Hancock Financial, etc.

## Anti-American Sentiments of Deutsche Bank and ZFS

96. According to Dirk Lohmann, CEO of Zurich Reinsurance, a unit of Zurich Financial Services, "Americans are wasteful and individualistic" Copyright 2001 Zurich Financial Services

97. Here is another quote from ZFS publication: "Forcing ourselves to think Nordic and focus on Nordic issues in our daily work has been the key to our successful transformation" ('Together', quarterly publication of ZFS), which echoes a quote of 1930s:

98. "The Nordic race is decisive, not only for Germany, but for the whole world. Should we succeed in establishing this Nordic race again from and around Germany and inducing them to become farmers, and from this seedbed producing a race of 200 million, then the world will belong to us." Heinrich Himmler, Chief of Gestapo

99. Deutsche Bank: A Passion to Abuse (Will be submitted later)

## Management of Deutsche Bank AG: Organized Crime of Global Reach

100. The Defendants are not newcomers in the fields of persecution, oppression, abuse and manipulation. The Defendants are highly skilful, highly innovative, highly experienced, highly knowledgeable, highly talented, and highly motivated professionals in the art and science of covering up their crimes.

15

101. They perfected their skills during several decades of illegal actions. It explains why they behave with confidence of immunity and feeling of impunity. The Defendants learned how to circumvent the law in a clever way, and they pass this knowledge to each other in a spirit of 'corporate solidarity and cross-training'.

102. The Defendants learned how to look for legal loopholes, how to find legal contradictions, how to manipulate evidence, how to pressure witnesses (especially if witnesses are employed by the Defendants), or how to influence witnesses (especially when witnesses are members of the same church or parish).

103. They learned how to hide assets from legal claims, how to find smart lawyers whose ethical standards are not too high, and how to project an image of innocent, wrongly accused boy scouts, whose main aspiration is to raise money for charity by selling homemade cookies on the streets.

104. The underlying motto of Defendants' thinking, feeling, acting, and behaving is hidden from view behind closed doors and could be expressed as following: "Law? What do I care about the Law? Haven't I got the Power?"

105. The Defendants had over 100 years of criminal history, leaving one of the longest blood trails in corporate history. The Defendants act ruthlessly, with pre-meditated intent

to injure. The Defendants are vicious, corrupt, evil-minded, cold-hearted, deceitful hard-core criminals willing to use any means to justify their ends.

## IV. FACTS

106. The Plaintiff is a former shareholder, employee and customer of Deutsche Bank and DIMA. In October 2000 he worked at Boston Office of Deutsche Bank/DIMA.

107. The most important events of the Complaint took place on Oct 4 2000. The events of 10/4/2000 are central to the entire case.

### D.O.J. Summons for October 4th, 2000

### Pursuant to Title 8 of US Code

108. Prior to October 4th, 2000 the United States Department of Justice (DOJ) issued a Summons to the Plaintiff and his Wife. The Summons stated the following:

109. "Petitioner: Teresa Saurer. Name: Konstantin Lotsman [Beneficiary]

110. You are scheduled to be interviewed on October 4th, 2000 at 1:00pm at the JFK Federal Bldg., Room E-170, Government Center, Boston, MA 02203, concerning your application for Permanent Residence.

111. You must bring to the interview all original documents relevant to your Permanent Residence Application including your passport, Medical Examination Report (if not already submitted), etc.

112. If your Application is based on an alien visa petition, the petitioner with valid photo ID must accompany you to document your relationship. If you do not speak English, you must bring an interpreter and you may not interpret for each other.

17

113.   Please take note of the following:

114.   This interview could be videotaped.

115.   There is no foreign travel allowed while your Permanent Residency Application is
       pending unless advanced permission is granted by this office on Form I-131. If
       you have been in the United States illegally for more than six months, you are
       ineligible to receive any travel permission until and unless your application is
       approved.

116.   If you need to file for Employment Authorization, Advance Parole or make any
       other inquiry on your Application, you must bring this notice with you.

117.   If you cannot make the interview, please send a copy of this notice along with a
       reschedule request to the address listed above."

## Events of October 4th, 2000

118. Events of October 4th, 2000 are the most important events of the Complaint.

119. The Plaintiff and his Wife informed their Employer (Defendants) that they have to
attend an Interview with Immigration and Naturalization Service during work hours. The
word 'Immigration' made a deep, lasting impression on the minds of the Defendants.

120. The word *'Immigration'* made the same impression on the minds of the Defendants
as the word *'Jew'* used to make on the minds of managers of Deutsche Bank in 1930s, or
same impression as the word *'American'* used to make on the minds of managers of
Faisal Islamic Bank of Bahrain and Al-Baraka Development Corporation in 1990s (both
companies are defendants in lawsuit by the families of victims of 9/11). The Deutsche

18

Bank has corresponding relations with Faisal Islamic Bank of Bahrain. Bin Laden family owns Al-Baraka Development Corporation.

121. Starting this moment the Defendants did everything possible to persecute, discriminate, humiliate, harass, threaten, coerce, and intimidate Plaintiff and his Wife.

122. Although initial actions of persecution were based on protected category United States Lawful Conditional Permanent Resident (or pending status of LCPR), its continuation was based on Status of LCPR, as well as on the basis of national, ethnic, religious origin of the Plaintiff and his Wife.

## D.O.J. Demand of October 4th, 2000 pursuant to Title 8 of US Code

## (Form I-72)

123. During an Interview of October 4th, the INS/DOJ issues a Demand Letter (Form I-72).

124. The Demand issued to the Plaintiffs on October 4th, 2000 is an important piece of evidence in understanding events of 10/4/00.

125. Combined with one-page INS/DOJ Summons/Subpoena for October 4th, 2000 these documents reveal criminal impulses inside the minds of the Defendants leading to their criminal actions.

126. I-72 Demand Letter issued on October 4th, 2000 stated the following (comments in *Italic* reflect verbal instructions of DOJ officers):

127.    "UNITED STATES DEPARTMENT OF JUSTICE...

   Name and address of Applicant/Petitioner: Teresa Saurer

   Name of Beneficiary: Konstantin Lotsman

   Date: October 4th, 2000

   Please comply with the below checked instructions:

   1) Please provide letter from employer showing current employment and salary
   [*of wife*]

   2) Please provide a completed I-864 for a joint sponsor [*this requirement was
   waived*]

   3) Please return by January 4th, 2001 [*with documents*] or your application will
   be denied."

128. Denial of Application meant immediate initiation of Deportation Proceeding effective Jan. 4th, 2001 leading to inevitable separation of Plaintiff and his wife. The employment/salary requirement was mandatory.

129. As we all know from several highly publicized cases (such as Elian Gonzales' case) INS/DOJ interpretation of INA Act is very straightforward. When INS Officers demand something they literally mean it. Individual's inability or unwillingness to comply results in handcuffing the person and giving him a free ride to nearest International Airport.

130. Upon returning to their offices, the Plaintiff and his wife were informed of the following:

  1) The plaintiff employment is going to terminate

  2) Employment of the Plaintiff's wife is going to terminate

  3) The Defendants questioned the Plaintiff and his Wife about INS interview and INS Demand (INS demanded official Verification of Employment)

  4) The Defendants did everything possible to prevent Plaintiffs from fulfilling the INS Demand, thereby subjecting Plaintiff to possibility of deportation and separation from his wife. In addition, Plaintiff's wife was sexually harassed by the Defendants.

131. The end result of this persecution was hospitalization of the Plaintiff with Diagnosis of Major Depression (Serotonin Deficiency Syndrome). Eventually, the Plaintiff became Permanently Disabled (Permanently Impaired)

## Statistical Probability of Three Independent Events Occurring on the Same Day

132. According to statistics, "there are some easy figures which the simplest must understand, but the astutest cannot wriggle out of." (Leonard Henry Courtney. 1895. Journal of the Royal Statistical Society. London).

133. Statistical Probability of three independent events occurring on the same day of October 4th, 2000 is less that 5 %. In other words, there is 95% chance that three events (INS interview, initiation of termination of plaintiff, and initiation of termination of wife) have cause-and-effect relations rather than occurred as a coincidence.

134. Statistical probability of events can also be calculated by Actuaries. The Defendants employ dozens of professional actuaries. Their duty is to calculate probability of events, such as probability of death for life insurance policies.

## Pretexts Masking Persecution and Discrimination

135. The responsibility of finding pretexts for persecution and discrimination was with managers of Deutsche Bank.

136. The situation was very similar to one described in a movie Casablanca, when an officer was ordered to shut down a gambling operation "I don't have any reason to shut it down" – "Find one!"

137. The only legitimate reason to terminate an employee is the fact that employee is a bad one (except for massive lay-offs). So, the Defendants made up their minds that the Plaintiff and his wife were bad employees (which was not the case prior to October 4th, 2000)

## Statues of Limitation: Events of 2002 and 2004

138. The last incident of alleged violation (Persecution and Discrimination) occurred on November 16th, 2002 as shown in the correspondence with the Defendants.

139. Other actions of alleged violations are as recent as March 2004 (Correspondence with Deutsche Bank's New York Office).

22

## V. DAMAGES

### Diagnosis by Massachusetts General Hospital

140. As a result of events of October 4th, 2000 as well as subsequent persecution, the Plaintiff was diagnosed with Serotonin Deficiency Syndrome (SDS).

141. Serotonin Deficiency Syndrome is also known as Depressive Syndrome, or Major Depression, or Chronic Depression, or Severe Depression.

142. Medical Records of Massachusetts General Hospital describes Plaintiff's SDS / Major Depression as following:

143.    "Major Depression as a result of psychological abuse at work beginning October 2000. Constant threat of termination and dire consequences; firing would lead to deportation; worried of losing work which would result in deportation and separation from family here." Signed by Ehab Hanna, MD. MGH Emergency Room Record No. 3704430.

144.    "Patient noted a depressed mood since October 2000, when he and his wife started having trouble at work (the couple is employed by the same company). He claims that his wife was sexually harassed by her boss and was at risk of losing her job after filing a harassment claim. The Patient believes that if she would lose her job this would necessitate his deportation." by Karleyton Evans, MD. MGH Record No. 3704430.

23

145.   "Patient noted a depressed mood since October 2000, when he started having

trouble at work. He has to work full time to be able to maintain his visa status."

146. This diagnosis was confirmed by Doctor Steele Belok, Doctor Lawrence Hartmann

and Doctor David Rosenguard.


147. Lawrence Hartmann is a world-famous Doctor. He's also a professor of Harvard

Medical School. Doctor Hartmann is specializing in issues of SDS, mental health of

inmates, mental health of children, and in issues of truthfulness. Doctor Hartmann's

father was a student of Sigmund Freud, founder of Psychoanalysis.


148. Lawrence Hartmann, MD has the following qualifications: Faculty member of

Harvard Medical School; Former President of national APA Association; Alumni of

Harvard Medical School; Private practitioner of Adult and Child Psychiatry in

Cambridge, MA; subspecialty: Forensic Family Psychiatry; Member of Ethics Committee

of APA; Visiting Professor and lecturer at about 20 medical schools; Director of

American Psychiatric Press; Referee for American Journal of Psychiatry; Courtesy Staff

Appointee and Lecturer at MGH, NEMC, McLean Hospital, Cambridge Hospital, Boston

City Hospital, Faulkner and Tufts; Author of publications on Psychotherapy, Human

Rights, Human Values, Apartheid, and Torture (American Journal of Psychiatry).


149. Doctor Steele Belok of Mount Auburn Hospital is also a professor of Harvard

Medical School.


24

150. It's important to note that the Plaintiff was getting depressed about his wife's termination (and harassment) more than about his own employment. Not only because it is natural to worry about one's spouse more than about oneself, but also because wife's termination would lead to deportation and separation of family, while husband's termination would not lead to such dramatic events (although husband's termination would not be a pleasant experience either).

151. As persecution and threat of termination of wife continued (along with harassment, threats, coercion, intimidation and abuse) possibility of deportation and separation of family were becoming more and more realistic, eventually leading to a full-blown SDS / Major Depression.

## Medical Records Before and After October 4th, 2000

152. On August 10th, 2000 the Plaintiff underwent complete Medical Examination (Physiological and Psychological) by Doctor David Rosenguard and was declared perfectly healthy. Doctor David Rosenguard has been practicing medicine since 1951.

153. Plaintiff's state of health after October 4th, 2000 has been extensively documented by MGH, Cigna Disability Group Insurance, etc.

154. Plaintiff had no record of SDS/Major Depression or any other related condition prior to October 4th, 2000.

155. Plaintiff's family had no history of SDS.

25

## Determination of Disability by a Private Insurance Company

156. A letter from Cigna Group Insurance states the following:

157. "Dear Mr. Lotsman: I'm pleased to advice you that your claim for Long Term Disability has been approved..." Signed by the Case Manager of Cigna Disability Management Solutions. The company provides disability benefits for patient with SDS/Major Depression during first 2.5 years of their disability.

158. It is important to draw a distinction between *Permanent Impairment* and *Permanent Disability*. Impairment means illness (medical condition). Disability means inability to work (inability to engage in gainful employment). An impaired person is not necessarily disabled. Impairment is considered Permanent (chronic) if it lasts for more than 12 months. Disability is considered Permanent if it lasts for more than 12 months.

159. The Plaintiff has been sufferings continuous disability and continuous impairment since 2001.

## Definition of Disability by the Defendants

160. According to DIMA,

161. "A Participant is disabled if he or she is unable to perform each of the material duties of his or her regular occupation by reason of a medically determinable physical or

26

mental disability that can be expected to result in death or can be expected to last for a continuous period of not less that twelve months."

162. This definition of Disability is required for 100% distribution of unvested portion of the 401(k) Plan and Money Purchase Pension Plan.

163. In July 2002 the Defendants distributed unvested portion of Plaintiff's 401(k) and MPPP.

## Determination of Disability by the Defendants

164. On July 11th, 2002 the Defendants determined that the Plaintiff meets all disability requirements and issued him 2 checks for 100% tax-free distribution of his unvested portion of 401(k) Plan and Money Purchase Pension Plan.

## Letter from the Disability Office of Boston University

165. Prior to his Disability the Plaintiff was a part-time MBA student at Boston University Graduate School of Management. After becoming ill with SDS/Major Depression, the Plaintiff could no longer attend the Program at BU. The letter issued by BU Disability Office states the following:

166. "From: Jeffrey DeSantis. To: Brigitte Bowen. Subject: Long Term Disability.

Hello, this student has already been placed on Leave of Absence as we had contacted each other on several occasions and I used those e-mail as a Leave of Absence Form. I did not feel Mr. Lotsman should have to worry about the form,

27

and the emails had all of the necessary information for completing one. If there are any questions regarding this please let me know and I will be happy to clear anything up" Jeffrey DeSantis. Senior Systems Administrator. Graduate Program Office.

## Federal Government's Definition of Disability

## (Based on SDS)

167. Social Security Administration defines disability as the inability to engage in substantial gainful activity by reason of any medically determinable physical or mental impairment which can be expected to result in death or which has lasted or can be expected to last for a continuous period of not less than 12 months.

168. SSA describes disability based on Scrotonine Deficiency Syndrome as following:

169. "Affective disorders: Characterized by a disturbance of mood, accompanied by a full or partial depressive syndrome. Mood refers to a prolonged emotion that colors the whole psychic life; it generally involves either depression or elation. The required level of severity for these disorders is met when the requirements in both A and B are satisfied, or when the requirements in C are satisfied.

A. Medically documented persistence, either continuous or intermittent, of one of the following:

1. Depressive syndrome characterized by at least four of the following:

a. Anhedonia or pervasive loss of interest in almost all activities; or

28

b. Appetite disturbance with change in weight; or

c. Sleep disturbance; or

d. Psychomotor agitation or retardation; or

e. Decreased energy; or

f. Feelings of guilt or worthlessness; or

g. Difficulty concentrating or thinking; or

h. Thoughts of suicide; or

i. Hallucinations, delusions, or paranoid thinking...

AND

B. Resulting in at least two of the following:

1. Marked restriction of activities of daily living; or

2. Marked difficulties in maintaining social functioning; or

3. Marked difficulties in maintaining concentration, persistence, or pace; or

4. Repeated episodes of decompensation, each of extended duration;

OR

C. Medically documented history of a chronic affective disorder of at least

2 years' duration that has caused more than a minimal limitation of ability to do

basic work activities, with symptoms or signs currently attenuated by medication

or psychosocial support, and one of the following:

1. Repeated episodes of decompensation, each of extended duration; or

2. A residual disease process that has resulted in such marginal adjustment that

even a minimal increase in mental demands or change in the environment would

be predicted to cause the individual to decompensate; or

29

3. Current history of 1 or more years' inability to function outside a highly supportive living arrangement, with an indication of continued need for such an arrangement."

170. According to Attending Physicians, the Plaintiff has been suffering from all of the above since October 2000.

171. The Defendants requested the Plaintiff to fill out a Disability Questionnaire, asking him whether his Disability/Illness is work-related. The Plaintiff's answer was yes. The Defendants determined that WC provisions are not applicable. The Plaintiff concurred with this decision, because the disability was not a result of employer's passive negligence; it was a result of pre-meditated conduct, which was willful, intentional, malicious with clear desire to intimidate, to injure, to abuse etc.

## VI. FEDERAL STATUES:

### Count 1

### 18 U.S.C. Part I, Chapter 13, Section 242 (Deprivation of Rights) and
### 42 U.S.C. Chap. 21, Sub. I, Sec. 1983 (Civil Action for Deprivation of Rights)

172. The section 242 states the following:

30

"Whoever, under color of any law, statute, ordinance, regulation, or custom, willfully subjects any person in any State, Territory, Commonwealth, Possession, or District to the deprivation of any rights, privileges, or immunities secured or protected by the Constitution or laws of the United States, or to different punishments, pains, or penalties, on account of such person being an alien, or by reason of his color, or race, than are prescribed for the punishment of citizens, shall be fined under this title or imprisoned not more than one year, or both; and if bodily injury results from the acts committed in violation of this section or if such acts include the use, attempted use, or threatened use of a dangerous weapon, explosives, or fire, shall be fined under this title or imprisoned not more than ten years, or both; and if death results from the acts committed in violation of this section or if such acts include kidnapping or an attempt to kidnap, aggravated sexual abuse, or an attempt to commit aggravated sexual abuse, or an attempt to kill, shall be fined under this title, or imprisoned for any term of years or for life, or both, or may be sentenced to death"

173. Section 1983 states the following:

"Every person who, under color of any statute, ordinance, regulation, custom, or usage, of any State or Territory or the District of Columbia, subjects, or causes to be subjected, any citizen of the United States or other person within the jurisdiction thereof to the deprivation of any rights, privileges, or immunities secured by the Constitution and laws, shall be liable to the party injured in an action at law, suit in equity, or other proper proceeding for redress, except that in

31

any action brought against a judicial officer for an act or omission taken in such officer's judicial capacity, injunctive relief shall not be granted unless a declaratory decree was violated or declaratory relief was unavailable. For the purposes of this section, any Act of Congress applicable exclusively to the District of Columbia shall be considered to be a statute of the District of Columbia"

174. The Defendants deprived Plaintiff of the most important right of Equal Protection under law, provided by 14th Amendment of US Constitution. Depriving person of his right and duty to report to DOJ without suffering any consequences is similar to punishing an individual for attending to his Jury Duty.

175. Count 1 is the most important violation of Plaintiff's rights resulting in Permanent Impairment. The additional counts (2 through 5) also took place, but they are supplemental.

### Count 2

### 18 U.S.C. Part 1, Chapter 13, Section 241 (Conspiracy Against Rights)

176. Title 18 of US Code Chapter 13 Section 241 states the following:

"If two or more persons conspire to injure, oppress, threaten, or intimidate any person in any State, Territory, Commonwealth, Possession, or District in the free exercise or enjoyment of any right or privilege secured to him by the Constitution or laws of the United States, or because of his having so exercised the same...

They shall be fined under this title or imprisoned not more than ten years, or both..."

177. A right to respond to a DOJ Summons is obviously one of the most basic rights retained by the people and secured by the Constitution. In fact, it's not only right, it's duty. The Plaintiff and his wife suffered similar consequences, although they worked at different departments, under different managers, on different floors of the building. Plaintiff's wife worked for Global Legal Compliance department (GLC); while Plaintiff worked for Global Mutual Funds department (GMF)

178. As mentioned above, the company-wide official Human Resources policy states the following: "Treating people equally does not necessarily mean you are treating them fairly." Copyright 1997-2002 Deutsche Bank and

179. "What should you do when you run into resistance to workplace diversity? – Understand that the resistance indicates we are addressing a core value or system that is important." Copyright 1997-2002 Deutsche Bank

## Count 3

## 18 U.S.C. Part I, Chapter 47, Section 1027

## (False statements and concealment of facts in relation to documents required by the

## Employee Retirement Income Security Act of 1974)

180. The Section 1027 states the following:

> "Whoever, in any document required by title I of the Employee Retirement Income Security Act of 1974 (as amended from time to time) to be published, or kept as part of the records of any employee welfare benefit plan or employee pension benefit plan, or certified to the administrator of any such plan, makes any false statement or representation of fact, knowing it to be false, or knowingly conceals, covers up, or fails to disclose any fact the disclosure of which is required by such title or is necessary to verify, explain, clarify or check for accuracy and completeness any report required by such title to be published or any information required by such title to be certified, shall be fined under this title, or imprisoned not more than five years, or both"

181. The Defendants failed to disclose facts required by ERISA. The Plaintiff was denied Summary Plan Description of Wealthfare Benefit Plan over the course of several months. After several months of repeated requests this information was finally provided, but ERISA requires such disclosure within 30-day period.

## Count 4

## 18 U.S.C. Part I, Chapter 77, Section 1589 (Forced Labor) and Section 1593(Mandatory restitution)

182. The Section 1589 states the following:

> "Whoever knowingly provides or obtains the labor or services of a person -
>
> (1) by threats of serious harm to, or physical restraint against, that person or another person;

34

(2) by means of any scheme, plan, or pattern intended to cause the person to believe that, if the person did not perform such labor or services, that person or another person would suffer serious harm or physical restraint; or

(3) by means of the abuse or threatened abuse of law or the legal process,

shall be fined under this title or imprisoned not more than 20 years, or both. If death results from the violation of this section, or if the violation includes kidnapping or an attempt to kidnap, aggravated sexual abuse or the attempt to commit aggravated sexual abuse, or an attempt to kill, the defendant shall be fined under this title or imprisoned for any term of years or life, or both"

183. The Plaintiff was subjected to perform personal services for the Defendants (for family members and friends of Deutsche Bank managers), which obviously can not be a part of any job description. Evidence is available in the form of e-mails. The Plaintiff was threatened by abuse of law or legal process (termination resulting in deportation)

## Count 5

### 18 U.S.C. Chapter 50A Section 1091 Subsections (a)(3)

184. Title 18 of US Code Chapter 50A Section 1091 Subsection (a) (3) states the following:

"(a) Basic Offense. - Whoever, whether in time of peace or in time of war, in a circumstance described in subsection (d) and with the specific intent to destroy, in whole or in substantial part, a national, ethnic, racial, or religious group as such

(3) Causes the permanent impairment of the mental faculties of members of the group through drugs, torture, or similar techniques"

35

185. Techniques used by the Defendants: legal coercions, such as Thread of Deportation and Separation of the family resulting from Termination of Employment of the Plaintiff's wife pursuant to 8 USC (United States citizen sponsoring / petitioning for an immigrant husband).

186. Serotonin Deficiency Syndrome/Major Depression is considered permanent (chronic) if it lasts for more than 12 months (in some cases 24 months). The Plaintiff has been suffering from SDS since October 2000 (more than 24 months).

## VII. CONCLUSION AND DEMAND

187. In 1788 Alexander Hamilton said: "The truth is, after all the declamations we have heard, that the Constitution is itself, in every rational sense, and to every useful purpose, A BILL OF RIGHTS." One of the most fundamental provisions of US legal system is the 14th Amendment of the Constitution (Equal Protection), which is recklessly disregarded by the Defendants.

188. In 1816 Thomas Jefferson expressed his views of foreign corporations: "I hope we shall crush in its birth the aristocracy of our moneyed corporations, which dare already to challenge our government to a trial of strength and bid defiance to the laws of our country."

189. Two centuries have passed, but these statements are as valid as in 1788 or 1816. In more recent times Professor Alan Dershowitz of Harvard Law School once noted that "the real world that we are sending people out to is full of racism, sexism, and homophobia".

190. Richard Hackman, author of 'Leading Teams: Setting the Stage for Great Performances', wrote the following comments regarding corporate diversity: "When you compose a team, you need to pay great attention to ensure that the team includes members who have the knowledge, the skills and the experience that are required for doing the work. But you also need to ensure that the team has a diversity of knowledge, skills, perspectives and experience. A team cannot derive the real benefits from being a team if all team members are the same whether demographically, or in terms of their knowledge base or skills repertoire. To derive real benefits you need diversity. One of the most common problems in teams is that people aspire to be 'comfortable' with one another, believing harmonious relations are a facilitator of team performance (which they are not). When members themselves select who's going to be on the team, they tend to choose people who resemble themselves. But it is the diversity of knowledge, skills, perspective and experience that is so important..."

191. The managers of Boston Office of Deutsche Bank are merely food soldiers of Frankfurt-based generals. Boston Office of Deutsche Bank employs less than 1% of Deutsche Bank workforce. These managers simply become conductors of overseas decisions and policies, which often contradict provisions of the U.S. Laws and Constitution. Unfortunately, policies of Deutsche Bank CEO encourage and award unethical and illegal actions. Managers of Boston Office do not have authority to make decisions and policies on a company-wide basis. These managers are paid to execute orders, not to discuss them. So, that's exactly what they do. They execute. Malicious

conduct and willful blindness at headquarters serves as breeding ground for company-wide corruption.

192. Two more quotes from founding fathers may be applicable to this case:

193. "A fondness for power is implanted in most men, and it is natural to abuse it, when acquired." Alexander Hamilton, 1775

194. "Banks have done more injury to the religion, morality, tranquility, prosperity, and even wealth of the nation than they can have done or even will do Good." John Adams

## DEMAND

WHEREFORE, the Plaintiff demands judgment against the Defendants for damages and such other relief as this Honorable Court deems just, including compensatory damages, punitive damages, emotional distress (pain and suffering) etc. as determined by this Honorable Court.

------------------------------

Constantine M. Lotsman

Plaintiff, Pro Se

955 Massachusetts Avenue, PMB 112

Cambridge MA 02139

Phone/Fax: 617-507-3469

E-mail: clotsman@hotmail.com

conduct and willful blindness at headquarters serves as breeding ground for company-wide corruption.

192. Two more quotes from founding fathers may be applicable to this case:

193. "A fondness for power is implanted in most men, and it is natural to abuse it, when acquired." Alexander Hamilton, 1775

194. "Banks have done more injury to the religion, morality, tranquility, prosperity, and even wealth of the nation than they can have done or even will do Good." John Adams

## DEMAND

WHEREFORE, the Plaintiff demands judgment against the Defendants for damages and such other relief as this Honorable Court deems just, including compensatory damages, punitive damages, emotional distress (pain and suffering) etc. as determined by this Honorable Court.

The Plaintiff requests Trial by Jury.

Constantine M. Lotsman

Plaintiff

955 Massachusetts Avenue, PMB 112

Cambridge MA 02139

Phone/Fax: 617-507-3469

E-mail: clotsman@hotmail.com

# EVIDENCE

# WAR CRIMES
## of the
# Deutsche Bank
## and the
# Dresdner Bank

## OFFICE OF MILITARY GOVERNMENT (U.S.) REPORTS

## Recommendations

It is recommended that:

1. The Deutsche Bank be liquidated.

2. The responsible officials of the Deutsche Bank be indicted and tried as war criminals.

3. The leading officials of the Deutsche Bank be barred from positions of importance or responsibility in German economic or political life.

IN THE AUTUMN OF 1946, the Finance Division of the Office of Military Government (U.S.) (OMGUS) in Germany issued reports of their investigations into the giant Deutsche and Dresdner Banks' involvement in the Nazi regime during World War II. The investigations determined that both the Deutsche and the Dresdner were completely intertwined with the Nazis and were directly responsible and/or knowing accomplices in the systematic theft of Jewish property, use of slave labor, construction of concentration camps, and financing the Nazi war machine. The reports recommended the banks be liquidated and their leaders be tried as war criminals.

Instead of implementing the reports, the United States government buried them in classified files. Now, more than a half-century later, this scathing but dispassionate indictment of German businesses' role in the Holocaust is published in English for the first time. Christopher Simpson has carefully edited the reports, adding notes and explanatory material. His introductory analysis gives the reader behind-the-scenes information and discusses today's bitter debates over the banks' involvement in the most horrifying of crimes against humanity—and how historical memory is to be defined.

# The Deutsche Bank and the Nazi Economic War Against the Jews

## The Expropriation of Jewish-Owned Property

This book examines the role of the Deutsche Bank, Germany's largest financial institution, in the expropriation of Jewish-owned enterprises during the Nazi dictatorship, both in the existing territories of Germany and in the area seized by the German army during World War II. The author uses new and previously unavailable materials, many from the bank's own archives, to examine policies that led to the eventual genocide of European Jews. How far did the realization of the vicious and destructive Nazi ideology depend on the acquiescence, the complicity, and the cupidity of existing economic institutions and individuals? In response to the traditional argument that business cooperation with the Nazi regime was motivated by profit, this book closely examines the behavior of the bank and its individuals to suggest other motivations. No comparable study exists of a single company's involvement in the economic persecution of the Jews in Nazi Germany.

**Harold James**

*Princeton University*



**CAMBRIDGE**
UNIVERSITY PRESS

PET. : TERESA SAURER
NAME: KONSTANTIN LOTSMAN

FILING DATE: 3/24/00

ATTORNEY:

A #: 72 701 450

PP APPT. DATE: 5/23 - 5/27

UP CODE: N A  B - Z  EXP. 3/29/00

YOU ARE SCHEDULED TO BE INTERVIEWED ON OCTOBER 04, 2000 AT 1:00 AM/PM AT THE JFK
FEDERAL BLDG., ROOM E-170, GOVERNMENT CENTER, BOSTON, MA 02203, CONCERNING YOUR APPLICATION FOR
PERMANENT RESIDENCE.

YOU MUST BRING TO THE INTERVIEW ALL ORIGINAL DOCUMENTS RELEVANT TO YOUR PERMANENT RESIDENCY
APPLICATION INCLUDING YOUR PASSPORT, I-94 ARRIVAL/DEPARTURE RECORD, MEDICAL EXAMINATION REPORT (IF NOT
ALREADY SUBMITTED) AND_____

IF YOUR APPLICATION IS BASED ON AN ALIEN RELATIVE VISA PETITION, THE PETITIONER WITH VALID PHOTO I.D. MUST
ACCOMPANY YOU TO DOCUMENT YOUR RELATIONSHIP. IF YOU DO NOT SPEAK ENGLISH, YOU MUST BRING AN
INTERPRETER AND YOU MAY NOT INTERPRET FOR EACH OTHER.

PLEASE TAKE NOTE OF THE FOLLOWING:

1. THIS INTERVIEW COULD BE VIDEOTAPED.
2. THERE IS NO FOREIGN TRAVEL ALLOWED WHILE YOUR PERMANENT RESIDENCY APPLICATION IS PENDING UNLESS
   ADVANCED PERMISSION IS GRANTED BY THIS OFFICE ON FORM I-131. IF YOU HAVE BEEN IN THE UNITED STATES
   ILLEGALLY FOR MORE THAN SIX MONTHS, YOU ARE INELIGIBLE TO RECEIVE ANY TRAVEL PERMISSION UNTIL AND
   UNLESS YOUR APPLICATION IS APPROVED.
3. IF YOU NEED TO FILE FOR EMPLOYMENT AUTHORIZATION, ADVANCE PAROLE OR MAKE ANY OTHER INQUIRY ON
   YOUR APPLICATION, YOU MUST BRING THIS NOTICE WITH YOU.
4. IF YOU CANNOT MAKE THE INTERVIEW, PLEASE SEND A COPY OF THIS NOTICE ALONG WITH A RESCHEDULE
   REQUEST TO THE ADDRESS LISTED ABOVE.

UNITED STATES DEPARTMENT OF JUSTICE
IMMIGRATION AND NATURALIZATION SERVICE

NAME AND ADDRESS OF APPLICANT/PETITIONER

Teresa Saunin

by hand

NAME OF BENEFICIARY

Konstantin
Loktionov

DATE OCT 0 4 2000

FILE NO. 72 301 450

FORM NO. I-130/485

CC: Darrel Hulon, Esq.

PLEASE COMPLY WITH THE BELOW CHECKED ☒ INSTRUCTIONS.

Please return by 1/4/01 or your application will be denied

☐ 1. The above application/petition and its supporting documents are attached.

☐ 2. The above application/petition and its supporting documents have been forwarded to your attorney or representative.

☐ 3. Please complete the blocks on your enclosed application/petition which are checked ☒ in red.

☐ 4. Please follow the instructions on your enclosed application/petition which are checked ☒ in red.

☐ 5. Furnish the required fee of $ _____

☐ 6. Furnish the birth or baptismal certificate of _____

☐ 7. Furnish the marriage certificate of _____

☐ 8. Furnish proof of death or legal termination of marriage of _____

☐ 9. A foreign document must be accompanied by a summary translation in English. The translator must certify that he/she is competent to translate and that the translation is accurate. A summary translation is a condensation or abstract of the text.

☐ 10. Furnish the date and port of each of your entries into the United States and the name of the ship, plane or other vehicle on which you traveled.

☐ 11. Attached are Department of Labor Forms and Instructions. Except for aliens with occupations listed under Schedule A, 20 Code of Federal Regulations, Part 656.10, a certification from the Secretary of Labor must be obtained before your petition or application may be resubmitted to this Service. Further information may be obtained from the local office of the state employment service agencies.

☐ 12. You have indicated that you do not intend to seek employment. You must furnish evidence that you have sufficient funds or other means of maintaining yourself in this country.

☐ 13. Furnish two (2) color photographs. These photos must have a white background, photos must be closely un-retouched, and not mounted. Dimension of the facial image should be about 1 inch from chin to top of hair or head, shown in 3/4 frontal view at right side of face with right ear visible. Using soft pencil or felt pen, print name (and alien registration receipt number, if known) on the back of each photograph. You should show these instructions to the photographer who takes the pictures.

☐ 14. You may now apply for adjustment of status, on the attached forms, for yourself and the below listed persons.

☐ 15. Your proof of status documents have been checked and are attached. Your application/petition is being processed and will be completed in the near future.

☒ 16.

1. Please provide a completed I-864 for a joint sponsor

2. Please provide letter from employer showing current employment and salary.

# IMMIGRATION-RELATED PRACTICES WHICH MAY BE DISCRIMINATORY

The Immigration Reform and Control Act of 1986 (IRCA) requires employers to prove all employees hired after November 6, 1986, are legally authorized to work in the United States. IRCA also prohibits discrimination based on national origin or citizenship. An employer who singles out individuals of a particular national origin or individuals who appear to be foreign to provide employment verification may have violated both IRCA and Title VII. Employers who impose citizenship requirements or give preference to U.S. citizens in hiring or employment opportunities may have violated IRCA, unless these are legal or contractual requirements for particular jobs. Employers also may have violated Title VII if a requirement or preference has the purpose or effect of discriminating against individuals of a particular national origin.

# IMPORTANT NOTICE

## CONCERNING

## IMMIGRATION-RELATED
## UNFAIR EMPLOYMENT PRACTICES

U.S. immigration law prohibits discrimination on the basis of national origin with respect to the hiring, firing, or recruitment or referral for a fee of:

- Citizens or nationals of the United States; and

- Aliens authorized to work in the United States

It also prohibits discrimination on the basis of citizenship status with respect to the hiring, firing, or recruitment or referral for a fee of:

- Citizens or nationals of the United States; and

- Protected Aliens (permanent residents, temporary residents, refugees, and asylees)

Immigration and Naturalization Service

TEXT ONLY    HOME    WHAT'S NEW    FAQS    SEARCH    GLOSSARY    FEEDBACK    TRANSLATE    PRINTPAGE

**U.S. Department of Justice**
Immigration and Naturalization Service
Washington, DC 20536



# FACT SHEET

October 20, 1997

## AFFIDAVIT OF SUPPORT, Form I-864

## Under Section 213A of the Immigration and Nationality Act

### WHO SPONSORS AND IS SPONSORED?

**1. What are affidavits of support and sponsors?**

Every immigrant admitted to the United States must demonstrate to a Consular or Immigration Officer that he or she is not inadmissible on public charge grounds. One way to help demonstrate that an immigrant is not inadmissible is to have a person in the United States, a sponsor, sign an affidavit of support promising to provide support and assistance to the immigrant if necessary. Immigrants who have someone sign an affidavit of support for them are called sponsored immigrants.

**2. Which immigrants must have sponsors?**

All family-based immigrants, including immediate relatives, family preference immigrants, and orphans, will be required to have new legally enforceable affidavits of support (Form I-864) if they file adjustment of status or immigrant visa applications on or after December 19, 1997. In addition, employment-based immigrants who are coming to work for relatives or for companies where relatives of the immigrant own 5 percent or more of the company must have sponsors.

**3. How have immigrants' sponsors' responsibilities changed under the new law?**

Affidavits of support (Form I-864) filed on or after December 19, 1997, are legally enforceable. Sponsors who fail to support the immigrants they sponsor can be sued by any Federal, State, or local agency or private entity that provides means-tested benefits, as well as by the immigrants they sponsored. Most sponsors must now demonstrate income of at least 125 percent of the Federal poverty level.

**4. Who can be a sponsor?**

U.S. Department of Justice
Immigration and Naturalization Service

**Affidavit of Support Under Section 213A of the Act**

OMB #1115-0214

**START HERE - Please Type or Print**

## Part 1.  Information on Sponsor (You)

| | | |
|---|---|---|
| Last Name **SAURER** | First Name **TERESA** | Middle Name **MARIE** |

Mailing Address *(Street Number ...)* **46 WARD ST**

Apt/Suite Number **1**

City **S. BOSTON**

State or Province **MA**

Country

ZIP/Postal Code **02127**

Telephone Number **(617) 269 1697**

Place of Residence if different from above *(Street Number and Name)*

Apt/Suite Number

**FOR AGENCY USE ONLY**

City

State or Province

This Affidavit

Receipt

Country

ZIP/Postal Code

Telephone Number
( )

[ ] Meets

[ ] Does not meet

Date of Birth *(Month, Day, Year)* **2  6  73**

Place of Birth(City, State, Country) **HONOLULU HAWAII**

Are you a U.S. Citizen?
[X] Yes  [ ] No

Requirements of Section 213A

A-Number *(If any)*

*Officer's Signature*

*Location*

Date **01/08/01**

PER NEW EMPLETES

## Part 2.  Basis for Filing Affidavit of Support

I am filing this affidavit of support because *(check one)*:

a. [X] I filed/am filing the alien relative petition.

b. [ ] I filed/am filing an alien worker petition on behalf of the intending immigrant, who is related to me as my _____ *(relationship)*.

c. [ ] I have ownership interest of at least 5% of _____ *(name of entity which filed visa petition)* which filed an alien worker petition on behalf of the intending immigrant, who is related to me as my _____ *(relationship)*.

d. [ ] I am a joint sponsor willing to accept the legal obligations with any other sponsor(s).

## Part 3.  Information on the Immigrant(s) You Are Sponsoring

| | | |
|---|---|---|
| Last Name **LOTSMAN** | First Name **KONSTANTIN** | Middle Name **KONSTANTINOVICH** |

Date of Birth *(Month,Day,Year)* **5  8  67**

Sex: [X] Male  [ ] Female

Current Address *(Street Number and Name)* **46 WARD ST**

Apt/Suite Number

City **BOSTON**

State/Province **MA**

Country **US**

ZIP/Postal Code **02127**

Telephone Number **(617) 269 1697**

List any spouse and/or children immigrating with the immigrant named above in this Part: *(Use additional sheet of paper if necessary.)*

| Name | Relationship to Sponsored Immigrant | | | Date of Birth | | | A-Number (If any) | Social Security Number (If any) |
|---|---|---|---|---|---|---|---|---|
| | Spouse | Son | Daughter | Mo. | Day | Yr. | | |
| | | | | | | | | |
| | | | | | | | | |
| | | | | | | | | |
| | | | | | | | | |

50

Form I-864 (10/6/97)

## Part 4.    Eligibility to Sponsor

To be a sponsor you must be a U.S. citizen or national or a lawful permanent resident. If you are not the petitioning relative, you must provide proof of status. To prove status, U.S. citizens or nationals must attach a copy of a document proving status, such as a U.S. passport, birth certificate, or certificate of naturalization, and lawful permanent residents must attach a copy of both sides of their Alien Registration Card (Form I-551).

The determination of your eligibility to sponsor an immigrant will be based on an evaluation of your demonstrated ability to maintain an annual income at or above 125 percent of the Federal poverty line (100 percent if you are a petitioner sponsoring your spouse or child and you are on active duty in the U.S. Armed Forces). The assessment of your ability to maintain an adequate income will include your current employment, household size, and household income as shown on the Federal income tax returns for the 3 most recent tax years. Assets that are readily converted to cash and that can be made available for the support of sponsored immigrants if necessary, including any such assets of the immigrant(s) you are sponsoring, may also be considered.

The greatest weight in determining eligibility will be placed on current employment and household income. If a petitioner is unable to demonstrate ability to meet the stated income and asset requirements, a joint sponsor who *can* meet the income and asset requirements is needed. Failure to provide adequate evidence of income and/or assets or an affidavit of support completed by a joint sponsor will result in denial of the immigrant's application for an immigrant visa or adjustment to permanent resident status.

### A.  Sponsor's Employment

I am:  1. ☒ Employed by ▮▮▮▮▮▮▮▮▮▮▮▮▮                                  *(Provide evidence of employment)*
         Annual salary $ _____ *or hourly wage* ▮▮▮▮▮▮  *ours per week)*
       2. ☐ Self employed _____*(Name of business)*
         Nature of employment or business _____
       3. ☐ Unemployed or retired since _____

### B.  Use of Benefits

Have you or anyone related to you by birth, marriage, or adoption living in your household or listed as a dependent on your most recent income tax return received any type of means-tested public benefit in the past 3 years?
☐ Yes    ☒ No  *( If yes, provide details, including programs and dates, on a separate sheet of paper)*

### C.  Sponsor's Household Size

|    |                                                                                                                                                              | Number |
|----|--------------------------------------------------------------------------------------------------------------------------------------------------------------|--------|
| 1. | Number of persons (related to you by birth, marriage, or adoption) living in your residence, including yourself. *(Do NOT include persons being sponsored in this affidavit.)* | 1 |
| 2. | Number of immigrants being sponsored in this affidavit *(Include all persons in Part 3.)* | 1 |
| 3. | Number of immigrants NOT living in your household whom you are still obligated to support under a previously signed affidavit of support using Form I-864. | |
| 4. | Number of persons who are otherwise dependent on you, as claimed in your tax return for the most recent tax year. | |
| 5. | Total household size.  *(Add lines 1 through 4.)*   **Total** | 2 |

List persons below who are included in lines 1 or 3 for whom you previously have submitted INS Form I-864, *if your support obligation has not terminated.*
*(If additional space is needed, use additional paper)*

| Name | A-Number | Date Affidavit of Support Signed | Relationship |
|------|----------|----------------------------------|--------------|
|      |          |                                  |              |
|      |          |                                  |              |
|      |          |                                  |              |
|      |          |                                  |              |
|      |          |                                  | 61           |

## Part 4. Eligibility to Sponsor          *(Continued)*

### D. Sponsor's Annual Household Income

Enter total unadjusted income from your Federal income tax return for the most recent tax year below. If you last filed a joint income tax return but are using only your *own* income to qualify, list total earnings from your W-2 Forms, or, *if necessary to reach* the required income for your household size, include income from other sources listed on your tax return. If your *individual* income does not meet the income requirement for your household size, you may also list total income for anyone related to you by birth, marriage, or adoption currently living with you in your residence if they have lived in your residence for the previous 6 months, or any person shown as a dependent on your Federal income tax return for the most recent tax year, even if not living in the household. For their income to be considered, household members or dependents must be willing to make their income available for support of the sponsored immigrant(s) and to complete and sign Form I-864A, Contract Between Sponsor and Household Member. A sponsored immigrant/household member only need complete Form I-864A if his or her income will be used to determine your ability to support a spouse and/or children immigrating with him or her.

*You must attach evidence of current employment and copies of income tax returns as filed with the IRS for the most recent 3 tax years for yourself and all persons whose income is listed below. See "Required Evidence" in Instructions.* Income from all 3 years will be considered in determining your ability to support the immigrant(s) you are sponsoring.

- ☒ I filed a single/separate tax return for the most recent tax year.
- ☐ I filed a joint return for the most recent tax year which includes only my own income.
- ☐ I filed a joint return for the most recent tax year which includes income for my spouse and myself.
    - ☐ I am submitting documentation of my individual income (Forms W-2 and 1099).
    - ☐ I am qualifying using my spouse's income; my spouse is submitting a Form I-864A.

| | |
|---|---|
| **Indicate most recent tax year** | |
| **Sponsor's individual income** | |
| *or* | |
| **Sponsor and spouse's combined income** *(If joint tax return filed; spouse must submit Form I-864A.)* | $_____ |
| **Income of other qualifying persons.** *(List names; include spouse if applicable. Each person must complete Form I-864A.)* | |
| _____ | $_____ |
| _____ | $_____ |
| _____ | $_____ |
| **Total Household Income** | $_____ |

Explain on separate sheet of paper if you or any of the above listed individuals are submitting Federal income tax returns for fewer than 3 years, or if other explanation of income, employment, or evidence is necessary.

### E. Determination of Eligibility Based on Income

1. ☒ I am subject to the 125 percent of poverty line requirement for sponsors.
   ☐ I am subject to the 100 percent of poverty line requirement for sponsors on active duty in the U.S. Armed Forces sponsoring their spouse or child.
2. Sponsor's total household size, from Part 4.C., line 5 _____.
3. Minimum income requirement from the Poverty Guidelines chart for the year of _____ for this household size.

If you are currently employed and your household income for your household size is equal to or greater than the applicable poverty line requirement (from line E.3.), you do not need to list assets (Parts 4.F. and 5) or have a joint sponsor (Part 6) unless you are requested to do so by a Consular or Immigration Officer. You may skip to Part 7, use of the Affidavit of Support to Overcome Public Charge Ground of Admissibility. Otherwise, you should continue with Part 4.F.



## Part 4. Eligibility to Sponsor    *(Continued)*

### F. Sponsor's Assets and Liabilities

Your assets and those of your qualifying household members and dependents may be used to demonstrate ability to maintain an income at or above 125 percent (or 100 percent, if applicable) of the poverty line *if* they are available for the support of the sponsored immigrant(s) and can readily be converted into cash within 1 year. The household member, other than the immigrant(s) you are sponsoring, must complete and sign Form I-864A, Contract Between Sponsor and Household Member. List the cash value of each asset *after* any debts or liens are subtracted. Supporting evidence must be attached to establish location, ownership, date of acquisition, and value of each asset listed, including any liens and liabilities related to each asset listed. See "Evidence of Assets" in Instructions.

| Type of Asset | Cash Value of Assets *(Subtract any debts)* |
|---|---|
| Savings deposits | $ |
| Stocks, bonds, certificates of deposit | $ |
| Life insurance cash value | $ |
| Real estate | $ |
| Other *(specify)* | |
| Total Cash Value of Assets | |

## Part 5. Immigrant's Assets and Offsetting Liabilities

The sponsored immigrant's assets may also be used in support of your ability to maintain income at or above 125 percent of the poverty line *if* the assets are or will be available in the United States for the support of the sponsored immigrant(s) and can readily be converted into cash within 1 year.

The sponsored immigrant should provide information on his or her assets in a format similar to part 4.F. above. Supporting evidence must be attached to establish location, ownership, and value of each asset listed, including any liens and liabilities for each asset listed. See "Evidence of Assets" in Instructions.

## Part 6. Joint Sponsors

If household income and assets do not meet the appropriate poverty line for your household size, a joint sponsor is required. There may be more than one joint sponsor, but each joint sponsor must individually meet the 125 percent of poverty line requirement based on his or her household income and/or assets, including any assets of the sponsored immigrant. By submitting a separate Affidavit of Support under Section 213A of the Act (Form I-864), a joint sponsor accepts joint responsibility with the petitioner for the sponsored immigrant(s) until they become U.S. citizens, can be credited with 40 quarters of work, leave the United States permanently, or die.

## Part 7. Use of the Affidavit of Support to Overcome Public Charge Ground of Inadmissibility

Section 212(a)(4)(C) of the Immigration and Nationality Act provides that an alien seeking permanent residence as an immediate relative (including an orphan), as a family-sponsored immigrant, or as an alien who will accompany or follow to join another alien is considered to be likely to become a public charge and is inadmissible to the United States unless a sponsor submits a legally enforceable affidavit of support on behalf of the alien. Section 212(a)(4)(D) imposes the same requirement on an employment-based immigrant, and those aliens who accompany or follow to join the employment-based immigrant, if the employment-based immigrant will be employed by a relative, or by a firm in which a relative owns a significant interest. Separate affidavits of support are required for family members at the time they immigrate if they are not included on this affidavit of support or do not apply for an immigrant visa or adjustment of status within 6 months of the date this affidavit of support is originally signed. The sponsor must provide the sponsored immigrant(s) whatever support is necessary to maintain them at an income that is at least 125 percent of the Federal poverty guidelines.

*I submit this affidavit of support in consideration of the sponsored immigrant(s) not being found inadmissible to the United States under section 212(a)(4)(C) (or 212(a)(4)(D) for an employment-based immigrant) and to enable the sponsored immigrant(s) to overcome this ground of inadmissibility. I agree to provide the sponsored immigrant(s) whatever support is necessary to maintain the sponsored immigrant(s) at an income that is at least 125 percent of the Federal poverty guidelines. I understand that my obligation will continue until my death or the sponsored immigrant(s) have become U.S. citizens, can be credited with 40 quarters of work, depart the United States permanently, or die.*

63

## Part 7.   Use of the Affidavit of Support to Overcome Public Charge Grounds     *(Continued)*

### Notice of Change of Address.

Sponsors are required to provide written notice of any change of address within 30 days of the change in address until the sponsored immigrant(s) have become U.S. citizens, can be credited with 40 quarters of work, depart the United States permanently, or die. To comply with this requirement, the sponsor must complete INS Form I-865. Failure to give this notice may subject the sponsor to the civil penalty established under section 213A(d)(2) which ranges from $250 to $2,000, unless the failure to report occurred with the knowledge that the sponsored immigrant(s) had received means-tested public benefits, in which case the penalty ranges from $2,000 to $5,000.

> *If my address changes for any reason before my obligations under this affidavit of support terminate, I will complete and file INS Form I-865, Sponsor's Notice of Change of Address, within 30 days of the change of address. I understand that failure to give this notice may subject me to civil penalties.*

### Means-tested Public Benefit Prohibitions and Exceptions.

Under section 403(a) of Public Law 104-193 (Welfare Reform Act), aliens lawfully admitted for permanent residence in the United States, with certain exceptions, are ineligible for most Federally-funded means-tested public benefits during their first 5 years in the United States. This provision does not apply to public benefits specified in section 403(c) of the Welfare Reform Act or to State public benefits, including emergency Medicaid; short-term, non-cash emergency relief; services provided under the National School Lunch and Child Nutrition Acts; immunizations and testing and treatment for communicable diseases; student assistance under the Higher Education Act and the Public Health Service Act; certain forms of foster-care or adoption assistance under the Social Security Act; Head Start programs; means-tested programs under the Elementary and Secondary Education Act; and Job Training Partnership Act programs.

### Consideration of Sponsor's Income in Determining Eligibility for Benefits.

If a permanent resident alien is no longer statutorily barred from a Federally-funded means-tested public benefit program and applies for such a benefit, the income and resources of the sponsor and the sponsor's spouse will be considered (or deemed) to be the income and resources of the sponsored immigrant in determining the immigrant's eligibility for Federal means-tested public benefits. Any State or local government may also choose to consider (or deem) the income and resources of the sponsor and the sponsor's spouse to be the income and resources of the immigrant for the purposes of determining eligibility for their means-tested public benefits. The attribution of the income and resources of the sponsor and the sponsor's spouse to the immigrant will continue until the immigrant becomes a U.S. citizen or has worked or can be credited with 40 qualifying quarters of work, provided that the immigrant or the worker crediting the quarters to the immigrant has not received any Federal means-tested public benefit during any creditable quarter for any period after December 31, 1996.

> *I understand that, under section 213A of the Immigration and Nationality Act (the Act), as amended, this affidavit of support constitutes a contract between me and the U.S. Government. This contract is designed to protect the United States Government, and State and local government agencies or private entities that provide means-tested public benefits, from having to pay benefits to or on behalf of the sponsored immigrant(s), for as long as I am obligated to support them under this affidavit of support. I understand that the sponsored immigrants, or any Federal, State, local, or private entity that pays any means-tested benefit to or on behalf of the sponsored immigrant(s), are entitled to sue me if I fail to meet my obligations under this affidavit of support, as defined by section 213A and INS regulations.*

### Civil Action to Enforce.

If the immigrant on whose behalf this affidavit of support is executed receives any Federal, State, or local means-tested public benefit before this obligation terminates, the Federal, State, or local agency or private entity may request reimbursement from the sponsor who signed this affidavit. If the sponsor fails to honor the request for reimbursement, the agency may sue the sponsor in any U.S. District Court or any State court with jurisdiction of civil actions for breach of contract. INS will provide names, addresses, and Social Security account numbers of sponsors to benefit-providing agencies for this purpose. Sponsors may also be liable for paying the costs of collection, including legal fees.

64

**Part 7.    Use of the Affidavit of Support to Overcome Public Charge Grounds    *(Continued)***

*I acknowledge that section 213A(a)(1)(B) of the Act grants the sponsored immigrant(s) and any Federal, State, local, or private agency that pays any means-tested public benefit to or on behalf of the sponsored immigrant(s) standing to sue me for failing to meet my obligations under this affidavit of support. I agree to submit to the personal jurisdiction of any court of the United States or of any State, territory, or possession of the United States if the court has subject matter jurisdiction of a civil lawsuit to enforce this affidavit of support. I agree that no lawsuit to enforce this affidavit of support shall be barred by any statute of limitations that might otherwise apply, so long as the plaintiff initiates the civil lawsuit no later than ten (10) years after the date on which a sponsored immigrant last received any means-tested public benefits.*

**Collection of Judgment.**

*I acknowledge that a plaintiff may seek specific performance of my support obligation. Furthermore, any money judgment against me based on this affidavit of support may be collected through the use of a judgment lien under 28 U.S.C. 3201, a writ of execution under 28 U.S.C. 3203, a judicial installment payment order under 28 U.S.C. 3204, garnishment under 28 U.S.C. 3205, or through the use of any corresponding remedy under State law. I may also be held liable for costs of collection, including attorney fees.*

**Concluding Provisions.**

I, TERESA MARIE SPURER, *certify under penalty of perjury under the laws of the United States that:*

(a)  *I know the contents of this affidavit of support signed by me;*

(b)  *All the statements in this affidavit of support are true and correct;*

(c)  *I make this affidavit of support for the consideration stated in Part 7, freely, and without any mental reservation or purpose of evasion;*

(d)  *Income tax returns submitted in support of this affidavit are true copies of the returns filed with the Internal Revenue Service; and*

(e)  *Any other evidence submitted is true and correct.*

_____
*(Sponsor's Signature)*

Subscribed and sworn to *(or affirmed)* before me this

at   US INS, BOSTON

My commission expires on

_____
*(Signature of Notary Public or Officer Administering Oath)*

_____
*(Title)*

---

**Part 8.    If someone other than the sponsor prepared this affidavit of support, that person must complete the following:**

I certify under penalty of perjury under the laws of the United States that I prepared this affidavit of support at the sponsor's request, and that this affidavit of support is based on all information of which I have knowledge.

| Signature | Print Your Name | Date | Daytime Telephone Number ( ) |
|---|---|---|---|
| | | | |

Firm Name and Address

65

## DEUTSCHE BANK CHIEF EXECUTIVE OFFICER

**German bank boss faces fraud probe**

Deutsche Bank chairman Josef Ackermann is facing a second investigation for fraud and breach of trust. A prosecutor in the German city of Duesseldorf has confirmed that he is looking into allegations against Dr Ackermann and Rolf Breuer, head of the bank's supervisory board, in connection with its sale of life insurer Deutsche Herold to Zurich Financial Services.

Dr Ackermann already faces trial for breach of trust in connection with huge bonus payments made to executives at wireless firm Mannesmann on the completion of its sale to UK mobile phone giant Vodafone in 2000, when Dr Ackermann was a member of Mannesmann's supervisory board. Prosecutor Bernhard Englisch stressed that the latest inquiry was "at a very early…

**Mannesmann Trial**

Deutsche Bank CEO Josef Ackermann, currently facing "breach of trust" charges for approving controversial bonuses to Mannesmann directors, told a Düsseldorf court on Thursday that he had nothing to hide. Josef Ackermann, one of Germany's top bankers, smiled at TV crews and reporters as he entered the regional criminal court in Düsseldorf on Thursday and appeared nonplussed under the prosecution's magnifying glass.

"I don't know where there is supposed to be a legal problem," he said during his 40 minutes of testimony. The legal problem, according to the prosecution, is that Ackermann wasted shareholders' money when he awarded multi-million euro bonuses to five former Mannesmann executives – also on trial -- following the sale in 2000 of the German mobile phone company to the British giant, Vodafone. All six defendants face fines or prison sentences of up to 10 years if found guilty…

---

# Deutsche Bank Aktiengesellschaft
# Frankfurt am Main

CINS Nr./No. D18190 89 8

Nummer der Urkunde
Certificate Number

**10000131**

Stück / Shares

**Deutsche Bank** 

000131          KONSTANTIN LOTSMAN &
0905           TERESA SAURER
WF 1690003
LOTSMAN—
KONS-0100
0705
526-63166

is the owner of

ezahlten, nicht nachschußpflichtigen, auf (den Namen lautenden Stückaktie(n) an der
e Bank AG, Frankfurt am Main, nach Maßgabe ihrer Satzung als Aktionär beteiligt.
ckenummer(n) der in dieser Urkunde verbrieften Aktie(n) ergibt/ergeben sich aus
ienregister.
r dieser Aktie(n) werden auf Antrag im Aktienregister eingetragen, sofern diese
 entweder ordnungsgemäß indossiert oder zusammen mit einer unterschriebenen
ngserklärung vorgelegt wird. Die in dieser Urkunde verbriefte(n) Aktie(n)

fully paid and non assessable **no par value registered share(s)** of Deutsche Bank AG,
Frankfurt am Main, pursuant to the terms of its Articles of Association.
The number(s) identifying the share(s) represented by this certificate is/are noted in the
share register.
A transfer of the share(s) represented by this certificate will be registered in the share
register upon application and presentation of this certificate, properly endorsed, or
accompanied by a duly, executed form of assignment. The share(s) represented by this

**Bank chief faces charges**

From The Times
26Jul02

**The head of Europe's largest bank faces criminal charges over his alleged role in the Continent's largest takeover.**

German prosecutors are expected to bring charges against **Deutsche Bank chief executive Josef Ackermann**, in connection with his approval of $144 million worth of **severance payments** to executives of mobile-phone company Mannesmann, when it was being taken over by Vodafone more than two years ago.

Charges are also expected to be brought against former Mannesmann chief executive Klaus Esser, but not against Vodafone chief Sir Christopher Gent, who at one point is said to have pressured Mr Esser into accepting the British company's hostile bid.

Mr Ackermann served on Mannesmann's supervisory board. A fellow board member, IG Metall trade union head Klaus Zwickel, confirmed yesterday that he expected to be charged by the Dusseldorf public prosecutor.

In a statement, Mr Zwickel's lawyer said: "The intention to file charges exists and appears to be irreversible." The statement denied any wrongdoing by Mr Zwickel. Neither Deutsche Bank nor Mr Ackermann would comment yesterday. A spokesman for the Swiss-born chief executive said the accusations were unfounded, and that appropriate legal advice was taken at the time.

The **Dusseldorf public prosecutor** is investigating whether the payments -- made in the days after the stunning success of Vodafone's pound stg. 101 billion bid -- were excessive.

If it is thought there is a case to answer, the prosecutor can bring charges alleging breach of trust. Such a charge, in effect, accuses directors and executives of acting against the interests of shareholders.

**It is a criminal offence, and carries a maximum penalty of five years' jail.**

## DEUTSCHE BANK LEGAL COMLIANCE OFFICER

**Boston Herald**
Boston, MA. Oct 24, 2000; by EDWIN MOLINA.

### Trio eyed in Route 2 bowling ball toss.

"Police tracked three men suspected of tossing bowling balls into traffic on busy Route 2 last January - injuring a woman and narrowly missing a baby - by tracing the balls to a Waltham bowling alley where the men play in a league.

David Assarian, 27, of Arlington, Richard Assarian, 29, of Reading and Robert DeSimone, 26, of Medford [of Legal Compliance Department of DIMA, Boston] were arraigned yesterday in Cambridge District Court. Each was charged with two counts of assault and battery with a deadly weapon, two counts of malicious destruction to personal property and larceny less than $250.

"It's only luck that these guys are not here on manslaughter charges," said state police Sgt. David C. Benoit, the investigating officer who did the detective work that led to the Wal-Lex Alley and the three arrests. One ball narrowly missed hitting Anne-Louise Taylor, 53, of Dedham in the head while another almost hit a 6-month-old baby in a different car in the attack Jan. 19 in Belmont.

"I don't know if these people realize how close they came to killing me," said Taylor who had to have shattered glass removed from her eyes. "It (the bowling ball) went right through the center of my windshield and passed my temple by inches."

The trio had thrown balls onto Route 2 traffic at least three times. "I have collected seven bowling balls from the incidents dating to these three on various occasions," said Benoit. Benoit said he originally suspected teens were responsible for the malicious act. "I was very surprised to their age, close family ties and their clean records," said Benoit. "It's a very stupid thing for men their age to have committed." *Copyright 2000 Boston Herald.*

## DEUTSCHE BANK HUMAN RESOURCES OFFICER

www.sethweinstein.com

### Seth Weinstein

### About Me, in General

My parents, Joan and Jerome, are a professor of mathematics and computer science at Pine Manor College and Harvard's Extension School and a **lawyer specializing in labor and employment law at Sullivan, Weinstein & McQuay,** respectively...

Since I couldn't move to New York City and instantly earn a living as a music director, **I took advantage of my father's connection with** Scudder, Stevens & Clark, **an investment-management firm,** and started a temp job there. That job evolved into a real job consisting of Web design and human-resources communications that provided steady income for five years. After merging with Zurich Kemper Investments, the company changed its name to Scudder Kemper Investments; then it became Zurich Scudder Investments; and when Deutsche Bank took it over and had no use for an extra human-resources department, I was let go.

But my little stint with Zurich Scudder Kemper Deutsche Clark Whatever-It-Is-This-Week enabled me to move from that tiny apartment to a medium-sized one-bedroom on West 50th Street, one with a great view of the Empire State Building, the Hudson River, and, formerly, the Twin Towers. I'm not unhappy to be out of the corporate world: It leaves me more time to pursue musical-direction opportunities, write new shows, and plan my next few trips...

### About Me, the Traveler

Since 1997, I've taken one four- to six-week trip each year. In choosing destinations, I pick a few places in a broad region that sound enticing, and then I figure out how to get between them...

I also wanted to check out a place next door, a club called the **Hungry Duck**. My motive for going there was inspired by the colorful review the place got in the Time Out guide to Moscow - a review that mentioned, among other things, the people dancing on the bar and the tables; the fact that at least two patrons, whether by choice or under the influence, are likely to shack up each night; the pool of indistinguishable fluids that must be cleaned up after the place closes; and the periodic ladies' nights, on which women are served for free and admitted earlier than men, to give them a head start on the intoxication process. I didn't want to be there when it was at its rowdiest, **but as a man who loves extremes, I had to - at least - go inside.**

## Deutsche Asset Management 

**A Member of the Deutsche Bank Group**

Deutsche Investment Management Americas Inc.
Two International Place
Boston, Massachusetts 02110-4103

Tel 617 295 1000
www.deam-us.db.com

June 25, 2002

Mr. Konstantin Lotsman
46 Ward Street
Apartment #3
Boston, MA 02127

Dear Mr. Lotsman:

In accordance with policy, employment terminates for employees who deplete their 26 weeks of short-term disability (STD). As you know, your 26 weeks of STD will end on June 24, 2002 . Therefore, this letter is to notify you that your employment will terminate effective June 26, 2002.

If you have coverage under our medical, dental and/or vision plans, coverage will end effective June 30, 2002. You may elect to extend your medical, dental, and/or vision coverage for up to an additional 18 months through COBRA at 102% of the firm's group rate. You will receive information regarding your COBRA options separately.

Please be assured that eligibility for long-term-disability (LTD) benefits are unaffected by your separation from Deutsche Bank. Your LTD contact is Lisa Howse, an LTD case manager at CIGNA. Ms. Howse can be reached at (800) 376-0725.

If you have any other questions, please call me at 617/295-3311.

Yours truly,

Karen M. Pallotta
Vice President

cc: employee file
    Bob McCarthy

Deutsche Asset Management is the marketing name in the US for the asset management activities of Deutsche Bank AG, Deutsche Bank Trust Company Americas, Deutsche Bank Securities Inc., Deutsche Asset Management Inc., Deutsche Asset Management Investment Services Ltd., Deutsche Investment Management Americas Inc. and Scudder Trust Company.

**Deutsche Asset Management** 

**A Member of the Deutsche Bank Group**

June 20, 2002

Deutsche Investment Management Americas Inc.
345 Park Avenue
New York, New York 10154-0010

Konstantin Lotsman
46 Ward Street, Apt. #3
Boston, MA 02127

Tel 212 326 6200
www.deam-us.db.com

Dear Konstantin:

The Zurich Scudder Investments Money Purchase Pension Plan (the "Plan") provides for contributions to eligible employees who separate from service with the firm due to disability. Our records indicate that you separated from service due to disability on 6/25/02.

In order for us to make the 12% Money Purchase contribution for June to your account, you will need to obtain a letter from your physician certifying your disability. A Disability Representation Letter is enclosed for your convenience. Please have your physician mail the letter to me at the above address. Upon review of your physician's letter, if your illness meets the Plan's definition of disability (see attached representation letter), the firm will make up the 6/28/02 Money Purchase contribution to your account based on your eligible earnings from 1/1/02 through your termination date. Also, if you are not yet 100% vested, your accounts will become fully vested as long as I receive the disability letter.

If I do not receive the completed disability letter from you or your physician by July 31, 2002, I will assume that your disability does not meet the requirements under the plans. If you have any questions, please call me at (212) 326-6525.

Sincerely,

Pamela A. D'Alessio
Vice President
Human Resources

Enclosure

Deutsche Asset Management is the marketing name in the US for the asset management activities of Deutsche Bank AG, Deutsche Bank Trust Company Americas, Deutsche Bank Securities Inc., Deutsche Asset Management Inc., Deutsche Asset Management Investment Services Ltd., Deutsche Investment Management Americas Inc. and Scudder Trust Company.

Date: _____

Deutsche Asset Management
345 Park Avenue, 15th Floor
New York, NY 10154
ATTN: Retirement Plans Administration/Human Resources

Subject: Disability Status of _____ (Name of Participant)

_____ (Social Security #)

To whom it may concern:

I certify that I am a physician licensed in the following state: _____.

I further certify that my patient, _____, meets the following definition
of disability under the Zurich Scudder Investments Money Purchase Pension and Profit
Sharing & 401(k) Plans:

"A Participant is disabled if he or she is unable to perform each of the material duties of his
or her regular occupation by reason of a medically determinable physical or mental
disability that can be expected to result in death or can be expected to last for a continuous
period of not less than twelve months."

The medically determinable physical or mental condition that results in the failure of the
Participant to perform material duties of his or her job is described below: (Please attach an
additional sheet if necessary.)

If you have any additional questions regarding the above stated certification, please call me
at
(____) _____ ____ (Physician's phone number).

Sincerely,

_____ (Physician's signature)

_____ (Please print Physician's name)

## CONFIRMATION OF DISBURSEMENT

SCUDDER INVESTMENTS

PRO SHR & 401K
345 PARK AVE.
ATTN: RETIREMENT PLANS ADMIN.
NEW YORK, NY 10154

KONSTANTIN LOTSMAN
46 WARD STREET
APT. #3
BOSTON, MA 02127

| Social Security No: | Plan ID: 063042 | Check Number: | 0000055658 |
|---|---|---|---|
| | Mailing Code: | Date of Check: | 07/11/02 |

Form 1099-R, if applicable will be mailed in January of next year to the participant's address of record.
Please contact your Plan Administrator if this address is incorrect.

| Gross Distribution Amount: | | Total Taxable Amount: | |
|---|---|---|---|
| Less Federal Income Tax: | | After-tax Contribution Amount: | |
| Less State Income Tax: | | | |
| Net Check Amount: | $ | TOTAL: | $ |

DETACH THIS CONFIRMATION AND RETAIN FOR YOUR RECORDS. PLEASE CASH PROMPTLY.

# CONFIRMATION OF DISBURSEMENT

SCUDDER INVESTMENTS

MONEY PURCHASE
345 PARK AVE.
ATTN: RETIREMENT PLANS ADMIN.
NEW YORK, NY 10154

KONSTANTIN LOTSMAN
46 WARD STREET
APT. #3
BOSTON, MA 02127

| Social Security No: | | Plan ID: 063043 | Check Number: | 0000102419 |
|---|---|---|---|---|
| | | Mailing Code: | Date of Check: | 07/11/02 |

Form 1099-R, if applicable will be mailed in January of next year to the participant's address of record. Please contact your Plan Administrator if this address is incorrect.

Gross Distribution Amount:         Total Taxable Amount:

Less Federal Income Tax:         After-tax Contribution Amount:

Less State Income Tax:

Net Check Amount:    $       TOTAL:    $

DETACH THIS CONFIRMATION AND RETAIN FOR YOUR RECORDS. PLEASE CASH PROMPTLY.

## ATTENDING PHYSICIAN=S STATEMENT OF DISABILITY
Date: 1/30/02

Re: Konstantin Lotsman _____ SS : 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    DOB 5/3/67

In order to determine the medical appropriateness of the Short Term Disability absence for the patient below, please complete the following items based on your clinical evaluation, test results, patient discussions and/or job analysis. Any item that you do not believe you can answer should be marked N/A (not available). The form should be signed and dated before it=s return. You may fax or send the completed form to:

CIGNA MANAGED DISABILITY          PHONE:  1.800.376.0725 Ext 1243
PO Box 2052                       FAX:    800-377-4286
Tarrytown, NY 10591-9052          Lourdes Torres – Case Manager

### Please Send Office Records
### Attn: Dr. Belok  fax 617-661-9121
Please provide the medical information pertaining to your patient to date.
Include Tax ID # for payment of records. Thank you for your attention to this matter.

1. First date consulted for this condition   12/31/01 .
2. First date you advised your patient to cease work, if applicable  DEC 24, 2001 .
3. Dates of service (include next date of service)  12/31/01 .
4. Is the patient unable to return to work at this time? Yes_____  No ✓ .
5. What is the diagnosis:  MAJOR DEPRESSION FOLLOWING WORK PLACE STRESS IN AN EXTREMELY NEGATIVE ENVIRONMENT
6. What are the current disabling symptoms (subjective/objective). Please submit a complete copy of the chart supporting these symptoms DEPRESSION,
7. What current tests/studies have been done, and what are the results. Please submit a complete copy of these results,
8. Has the patient been referred to other specialists?
9. What is the current treatment plan (medicine, therapy)? ZOLOFT 100, AD
10. The patient may return to work without restrictions or limitations on  3/1ST  O2
11. The patient may return to work with the following restrictions on  __/__/__ . Duration of these restrictions:  __/__/__  through  __/__/__ . Please list restrictions & limitations:

_____
_____
_____

Part-time _____ hours per day    Permanent disability expected: Yes___ No_____
12. Do you consider this condition work related? Yes ✓ No_____
13. Has the patient been hospital confined? if so the date admitted and discharged YES. 1/21 -1/23/02
14. Has the patient had surgery? If so the date and type_____
Comments:_____
_____
_____

I hereby submit the above information is support of a work absence claim filed by the patient, and certify that the information is true and correct.
Physician=s name: STELLA BELOK          Speciality: INTERNAL MEDICINE
Physician Signature: Stella Belok        Date: 1/31/02
Physician address: See MT AUBURN HOSPITAL, CAMBRIDGE  Phone: (617) 6619744
### Please provide office notes through current date, Attn: Lourdes Torres

Massachusetts General Hospital
Emergency Department Record

ED Discharge Note

**Pat: LOTSMAN, KONSTANTIN**     MRN: 3704430     DOB: 05/03/1967     34 Years     Sex: M

| | |
|---|---|
| **PCP notified by MD:** | Yes - Direct contact with PCP |
| **Benefits Assigned:** | Y |
| **Discharge Date/Time:** | 12/28/2001 16:14 |
| **Discharge Status:** | Discharged |
| **Condition on Discharge:** | Stable |
| **Patient States Complaint:** | DEPRESSION |
| **Diagnosis:** | Major Depressive Episode |

Massachusetts General Hospital
Emergency Department Record

**Pat: LOTSMAN, KONSTANTIN**     MRN: 3704430     DOB: 05/03/1967     34 Years     Sex: M

**ED Note**

| | |
|---|---|
| **Time Patient Seen:** | 0420 |
| **HPI:** | 34 y/o male was previously seen [redacted] when he was depressed Pt noted a depressed mood since Oct 2000 when he started having trouble at work. He has to work full time to be able to maintain his visa status. |

Massachusetts General Hospital
Emergency Department Record

**Pat: LOTSMAN, KONSTANTIN**     MRN: 3704430     DOB: 05/03/1967     34 Years     Sex: M

Pt noted a depressed mood since Oct 2000 when he & his wife started having trouble at work (the couple are employed by the same company). He claims that his wife was sexually harrassed by her boss and was at risk of losing her job after filing a harrassment claim. The Pt believes that if she would lose her job this would necessitate his deportation (since her full-time employment is required to support his visa status).

Massachusetts General Hospital
Emergency Department Record

**Pat: LOTSMAN, KONSTANTIN**     MRN: 3704430     DOB: 05/03/1967     34 Years     Sex: M

| | |
|---|---|
| **Employment:** | Currently works as a publisher at an investment firm where his wife also works (where wife has filed sexual harrassment claim) |

**Lisa M Howse**
Case Manager
CIGNA Disability Management Solutions



**CIGNA** Group Insurance
Life · Accident · Disability

P.O. Box 2052
Tarrytown NY 10591-9052
Telephone 1-800-376-0725, ext. 1248
Facsimile 1-800-377-4286

KONSTANTIN LOTSMAN
46 WARD STREET
APT#3
BOSTON, MA 02127

RE:     Claimant:          Konstantin Lotsman
        SS#:               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
        DOB:               05/03/1967
        Policy #:          FLK 30079
        Policy Name:       Zurich Scudder Investments
        Life Insurance Company of North America

Dear Mr. Lotsman:

I am pleased to advise you that your claim for Long Term Disability (LTD) benefits has been approved. Your first check, in the amount of $▮▮▮▮▮, represents benefits due for the period of ▮▮▮▮▮▮▮▮▮▮▮▮ This check will be mailed under separate cover on approximately

Please refer to the enclosed LTD Benefit Worksheet, which shows how your benefits were calculated in accordance with the provisions of the LTD contract.

Please let me apprise you of the following items concerning your LTD Benefit Policy:
The LTD contract provides benefits at 60% of your contractually defined earnings less other applicable benefits you receive or are entitled to receive due to your disability. Benefits commence following the conclusion of the Benefit Waiting Period. In your particular situation, your benefit waiting period is 180 days from the date you became disabled and therefore ended on ▮▮▮▮▮▮ Your current net benefit of $▮▮▮▮ per month will be issued at monthly intervals at the end of each benefit period. Of course, payment of future benefits will depend on certification of your continuing disability, and on the other applicable contract provisions. Accordingly, CIGNA will on a periodic basis request that you provide additional medical, financial, and/or vocational information.

Your LTD benefits are generally reduced by any other benefits you receive, and if stated in your contract, by any Social Security benefits your dependents receive on account of your Social Security award. **Please notify us immediately if you are receiving or should become**

Life Insurance Company of North America
Connecticut General Life Insurance Company
CIGNA Life Insurance Company of New York

SUITE 1000
12225 GREENVILLE AVE
DALLAS

CIGNA

LIFE INSURANCE CO OF NORTH AMERICA

LAYLA A BROWN
800-352-0611   EXT  5623
Please direct any questions to the above analyst.
Be sure to provide your account and ID numbers
in all letters and telephone calls.

| | |
|---|---|
| Certholder: | KONSTANTIN   LOTSMAN |
| Claimant: | KONSTANTIN   LOTSMAN |
| ID#: | Special ID#: |
| Account Name: | SCUDDER KEMPER INVESTMENTS, INC. |
| Account#: | 5049708 |
| Policy | FLK 0030079   Div   000 |

IllmulmlllulllldlmllmlmlldlmllmllmllmlmlllmllmlllmlllmlllmlllmlIlmlI
KONSTANTIN   LOTSMAN
955 MASSACHUSETTS AVE
PMB 112
CAMBRIDGE            MA 02139

D063

| Benefit Type | Payment Period | Duration | Benefit Rate | Benefit Payable | Less Deduction |
|---|---|---|---|---|---|
| DISABILITY INCOME | 01/23/2004 - 02/22/2004 | 30 DAYS | ███████ | ██████ | .00 |

Deductions:

TOTAL PAYMENT $ ████████

Messages:

KONSTANTIN   LOTSMAN          Payments Issued 02/13/2004    ████████

Total amount paid to date, including taxes, for this claim is $ ██████    for the period ████████    thru   02/22/2004

G2014A (SRO Check Overlay) 6-11-2003                                      Detach on Perforation Below - Please Cash Promptly

SR 06201903

LIFE INSURANCE CO OF NORTH AMERICA

51-44
119

| POLICY NO. | Certholder | Claimant | | Office | Date |
|---|---|---|---|---|---|
| FLK0030079 | K   LOTSMAN | KONSTANTIN   LOTSMAN | | D063 | 02-13-2004 |

**█████████████████████████████

Pay
to the
Order
of

KONSTANTIN   LOTSMAN
955 MASSACHUSETTS AVE
PMB 112
CAMBRIDGE            MA 02139

PAY$  ████  ****

VOID AFTER 90 DAYS

FLEET NATIONAL BANK

HARTFORD            CT   06115

David M Powell

THE ORIGINAL DOCUMENT HAS A REFLECTIVE WATERMARK
ON THE BACK. HOLD AT AN ANGLE TO VIEW.

⑈0 206 201903⑈  ⑆011900445⑆  156 16⑈



THE COMMONWEALTH OF MASSACHUSETTS
COMMISSION AGAINST DISCRIMINATION
ONE ASHBURTON PLACE, BOSTON, MA 02108-1518



Mitt Romney
Governor

Kerry Healey
Lieutenant Governor

Eric A. Kriss
Secretary

FEB 0 5 2003

Dorca I. Gómez
Chairwoman

Walter J. Sullivan, Jr.
Commissioner

Cynthia A. Tucker
Commissioner

Konstantin Lotsman
46 Ward Street, Apt. 3
Boston, MA 02127

Jerome Weinstein, Esquire
Sullivan, Weinstein & McQuay
2 Park Plaza
Boston, MA 02116-3902

> RE:  Konstantin Lotsman v. Skudder Kemper Investments
> Docket No 00133686

Dear Parties:

Pursuant to the Complainant's request to remove this case to Court.  Under Chapter 151B, Section 9 this matter is hereby dismissed.

Very truly yours,

Walter J. Sullivan, Jr., Esquire
Investigating Commissioner

WJS/nt

## DISMISSAL AND NOTICE OF RIGHTS

To: **Konstantin Lotsman**
**46 Ward Street**
**Boston, MA 02127**

From: **EEOC/BAO/JFKennedy Federal Bldg**
**Gov't Ctr - Cambridge St.**
**4th Floor - Room 475**
**Boston, MA 02203**

☐ *On behalf of person(s) aggrieved whose identity is*
*CONFIDENTIAL (29 CFR § 1601.7(a))*

| EEOC Charge No. | EEOC Representative | Telephone No. |
|---|---|---|
| **16C-2001-00524** | **Anne Giantonio, Supervisor** | **(617) 565-3200** |

**THE EEOC IS CLOSING ITS FILE ON THIS CHARGE FOR THE FOLLOWING REASON:**

☐ The facts alleged in the charge fail to state a claim under any of the statutes enforced by the EEOC.

☐ Your allegations did not involve a disability as defined by the Americans with Disabilities Act.

☐ The Respondent employs less than the required number of employees or is not otherwise covered by the statutes.

☐ Your charge was not timely filed with EEOC; in other words, you waited too long after the date(s) of the alleged discrimination to file your charge.

☐ Having been given 30 days in which to respond, you failed to provide information, failed to appear or be available for interviews/conferences, or otherwise failed to cooperate to the extent that it was not possible to resolve your charge.

☐ While reasonable efforts were made to locate you, we were not able to do so.

☐ You were given 30 days to accept a reasonable settlement offer that affords full relief for the harm you alleged.

☐ The EEOC issues the following determination: Based upon its investigation, the EEOC is unable to conclude that the information obtained establishes violations of the statutes. This does not certify that the respondent is in compliance with the statutes. No finding is made as to any other issues that might be construed as having been raised by this charge.

☒ The EEOC has adopted the findings of the state or local fair employment practices agency that investigated this charge.

☐ Other (briefly state)

### - NOTICE OF SUIT RIGHTS -
*(See the additional information attached to this form.)*

**Title VII, the Americans with Disabilities Act, and/or the Age Discrimination in Employment Act:** This will be the only notice of dismissal and of your right to sue that we will send you. You may file a lawsuit against the respondent(s) under federal law based on this charge in federal or state court. Your lawsuit **must be filed WITHIN 90 DAYS of your receipt of this Notice**; or your right to sue based on this charge will be lost. (The time limit for filing suit based on a state claim may be different.)

**Equal Pay Act (EPA):** EPA suits must be filed in federal or state court within 2 years (3 years for willful violations) of the alleged EPA underpayment. This means that backpay due for any violations that occurred more than 2 years (3 years) before you file suit may not be collectible.

On behalf of the Commission

AUG 2 5 2003

Enclosure(s)

**Robert L. Sanders, Area Director**

*(Date Mailed)*

cc: **Chief Executive Officer**
**Scudder Kemper Investments**
**Human Resources Department**
**2 International Place - 15th Floor**
**Boston, MA. 02203**

# SULLIVAN WEINSTEIN & MCQUAY

A PROFESSIONAL CORPORATION
COUNSELLORS AT LAW

JEROME N. WEINSTEIN
(617) 348-4333
jweinstein@resq.com

*Date:*

November 14, 2002

*Statues of
limitation
(since last action
of alleged violations)*

**BY HAND**

Mr. Konstantin Lotsman
46 Ward Street, Suite 3
Boston, MA 02127

Dear Mr. Lotsman:

This is in reply to your letter to Mr. Josef Ackermann dated November 1, 2002. I

have asked that you direct all correspondence to me, and I make that request of you

again. You are, of course, free to communicate with any legal authority you wish

concerning your disagreements with Deutsche Bank, but your continuing to directly

contact its officers and employees has become harassing.

The documents you seek in your letter do not have any relevance to any *dispute*

you may have with your former employer, Zurich Scudder Investments, Inc. The

relevant documents are those referred to in my letter to you of September 30, 2002,

copies of which I believe have been provided to you. If not, please let me know.

Sincerely,

Jerome N. Weinstein