UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| CONSTANTINE M. LOTSMAN,<br>      Plaintiff,<br><br>    v.<br><br>DEUTSCHE BANK AG, et al.,<br>      Defendants. | C.A. No. 04-10796-PBS |

ORDER ON MOTION FOR APPOINTMENT OF COUNSEL

Now before the court is plaintiff's Motion for Appointment of Counsel. Accordingly, it is hereby

ORDERED that plaintiff's motion for appointment of counsel is denied without prejudice to filing such a motion after the conclusion of preliminary screening of the complaint pursuant to 28 U.S.C. § 1915(e).

Dated at Boston, Massachusetts, this 27th day of April, 2004.

/s/ Patti B. Saris

Patti B. Saris
UNITED STATES DISTRICT JUDGE