UNITED STATES COURT,
BOSTON

Docket: 04-10796-PBS

PLAINTIFF'S MOTION
TO DISMISS THE COMPLAINT

I, Constantine Lotsman, request the Court to dismiss my Complaint (Lotsman v. Deutsche Bank) since I'm no longer interested in pursuing it. The Complaint was filed on April 14, 2004.

Thank you.

*signature*
Constantine Lotsman
Plaintiff, Pro Se

December 27, 2004

955 Mass Ave #112
Cambridge MA 02139
(617) 507-3469
clotsman@hotmail.com