```
              UNITED STATES DISTRICT COURT
                DISTRICT OF MASSACHUSETTS

COSTANTINE M. LOTSMAN,           )
          Plaintiff,             )
                                 )
     v.                          )    C.A. No. 04-10796-PBS
                                 )
DEUTSCHE BANK AG, et al.,        )
          Defendants.            )
```

### MEMORANDUM AND ORDER

Now before the Court is plaintiff's one-page motion seeking to dismiss the complaint.  For the reasons set forth below, the Court allows plaintiff's motion for voluntary dismissal.

### BACKGROUND

<u>Pro</u> <u>se</u> plaintiff Constantine Lotsman brings this action against his former employer, Deutsche Bank AG, as well as a subsidiary and CEO, alleging unlawful termination of employment in violation of several federal statues.

Because plaintiff is proceeding <u>in</u> <u>forma</u> <u>pauperis</u>, summonses were not issued in order to allow the Court to review the complaint to determine whether it satisfied the requirements of the federal <u>in</u> <u>forma</u> <u>pauperis</u> statute, 28 U.S.C. § 1915.

On December 27, 2004, Mr. Lotsman filed a motion seeking to dismiss the complaint.  <u>See</u> Docket No. 8.  The motion states that he is "no longer interested in pursuing it."  The Court will treat plaintiff's motion as one for voluntary

dismissal pursuant to Fed. R. Civ. P. 41(a)(1).

## DISCUSSION

A motion for voluntary dismissal in the federal system is controlled by Federal Rule of Civil Procedure 41(a). See Fed. R. Civ. P. 41(a)(1)-(2). Under Rule 41(a)(1), a plaintiff can voluntarily dismiss an action without order of the court by filing either a notice of dismissal before the defendant files an answer, or a stipulation of dismissal signed by all parties. Fed. R. Civ. P. 41(a)(1). Rule 41(a)(1) provides in part that:

> an action may be dismissed by the plaintiff without order of court (i) by filing a notice of dismissal at any time before service by the adverse party of an answer or of a motion for summary judgment, whichever first occurs, or (ii) by filing a stipulation of dismissal signed by all parties who have appeared in the action.

Fed. R. Civ. P. 41(a)(1).

Because plaintiff is seeking to withdraw this action at such an early stage, this action may be dismissed by plaintiff without order of the Court.

## ORDER

For the foregoing reasons, it is hereby ORDERED

1. Plaintiff's Motion to Dismiss the Complaint (Docket No. 8) is ALLOWED.

2. The Clerk is directed to enter as a separate document a final judgment as follows:

        This civil action is DISMISSED without prejudice.

SO ORDERED.

Dated at Boston, Massachusetts, this <u>4th</u> day of <u>January</u>, 2005.

                              <u>/s/ Patti B. Saris</u>
                              PATTI B. SARIS
                              UNITED STATES DISTRICT JUDGE