```
             UNITED STATES DISTRICT COURT
              DISTRICT OF MASSACHUSETTS

COSTANTINE M. LOTSMAN,        )
          Plaintiff,          )
                              )
     v.                       )      C.A. No. 04-10796-PBS
                              )
DEUTSCHE BANK AG, et al.,     )
          Defendants.         )
```

ORDER OF DISMISSAL

SARIS, D.J.

In accordance with this Court's order dated January 4, 2005, it is ORDERED that the within action be and it is hereby dismissed.

By the Court,

Date: January 6, 2005        By /s/ Barbara Morse
                                Deputy Clerk